# EXHIBIT

# 1

Loan Number: ▓▓▓▓▓▓▓   Servicing Number: ▓▓▓▓▓▓▓   Date:  05/25/06

## ADJUSTABLE RATE NOTE
### (LIBOR Index - Rate Caps)

THIS LOAN IS PAYABLE IN FULL AT MATURITY. YOU MUST REPAY THE ENTIRE PRINCIPAL BALANCE OF THE LOAN AND UNPAID INTEREST THEN DUE. THE LENDER IS UNDER NO OBLIGATION TO REFINANCE THE LOAN AT THAT TIME. YOU WILL, THEREFORE, BE REQUIRED TO MAKE PAYMENT OUT OF OTHER ASSETS THAT YOU MAY OWN, OR WILL HAVE TO FIND A LENDER, WHICH MAY BE THE LENDER YOU HAVE THIS LOAN WITH, WILLING TO LEND YOU THE MONEY. IF YOU REFINANCE THIS LOAN AT MATURITY, YOU MAY HAVE TO PAY SOME OR ALL OF THE CLOSING COSTS NORMALLY ASSOCIATED WITH A NEW LOAN EVEN IF YOU OBTAIN REFINANCING FROM THE SAME LENDER.

THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE AND MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.

55 DOWNING ST, TOWN OF EAST GREENWICH, RI 02818-2223

[Property Address]

### 1.    BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $724,500.00 (this amount is called "principal"), plus interest, to the order of the Lender. The Lender is Option One Mortgage Corporation, a California Corporation . I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

### 2.    INTEREST

Interest will be charged on unpaid principal until the full amount of principal has been paid. Interest will be calculated on the basis of a 12-month year and a 30-day month. I will pay interest at a yearly rate of 6.950% . The interest rate I will pay may change in accordance with Section 4 of this Note.

The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

### 3.    PAYMENTS

#### (A) Time and Place of Payments

I will pay principal and interest by making payments every month.

I will make my monthly payments on the first day of each month beginning on July 01 , 2006 . I will make these payments every month, in addition to a final Balloon Payment payable at Maturity as referenced in the attached Balloon Note Addendum, until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. My monthly payments will be applied to interest before principal. If, on, June 01 , 2036 , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at Option One Mortgage Corporation P.O. BOX 92103 LOS ANGELES, CA 90009-2103 or at a different place if required by the Note Holder.

#### (B) Amount of My Initial Monthly Payments

Each of my initial monthly payments will be in the amount of U.S. $4,475.98 . This amount may change.

#### (C) Monthly Payment Changes

Changes in my monthly payment will reflect changes in the unpaid principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4 of this Note.

#### (D) Application of Payments

Payments received by the Note Holder will be applied in the following order: (i) prepayment charges due under this Note; (ii) amounts payable under paragraph 2 of the Security Instrument (defined below); (iii) interest due under this Note; (iv) principal due under this Note; and (v) late charges due under this Note.

### 4.    INTEREST RATE AND MONTHLY PAYMENT CHANGES

#### (A) Change Dates

The interest rate I will pay may change on the first day of June 01 , 2008 , and on that day every sixth month thereafter. Each date on which my interest rate could change is called a "Change Date."

#### (B) The Index

Beginning with the first Change Date, my interest rate will be based on an Index. The "Index" is the average of interbank offered rates for six-month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the first business day of the month immediately preceding the month in which the Change Date occurs is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

RHODE ISLAND ADJUSTABLE RATE BALLOON NOTE-LIBOR INDEX - Single Family
Page 1 of 3

RINT051.wp (06-30-05)

Loan Number: ▮▮▮▮▮   Servicing Number: ▮▮▮▮▮   Date: 05/25/06

**(C) Calculation of Changes**

Before each Change Date, the Note Holder will calculate my new interest rate by adding SIX AND 10/100                                                percentage point(s) ( 6.100%        ) to the Current Index. The Note Holder will then round the result of this addition to the next higher one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

The Note Holder will then determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments. The result of this calculation will be the new amount of my monthly payment.

**(D) Limits on Interest Rate Changes**

The interest rate I am required to pay at the first Change Date will not be greater than        9.950%        or less than 6.950%        . Thereafter, my interest rate will never be increased or decreased on any single Change Date by more than one percentage point (1.0%) from the rate of interest I have been paying for the preceding six months. In no event will my interest rate be greater than        12.950%        or less than        6.950%        .

**(E) Effective Date of Changes**

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

**(F) Notice of Changes**

The Note Holder will deliver or mail to me a notice of any changes in my interest rate and the amount of my monthly payment before the effective date of any change. The notice will include information required by law to be given me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**5.    BORROWER'S RIGHT TO PREPAY**

I have the right to make payments of principal at any time before they are due, together with accrued interest. A payment of principal only is known as a "prepayment." When I make a prepayment, I will tell the Note Holder in writing that I am doing so.

If I make a partial prepayment, there will be no changes in the due dates of my monthly payments unless the Note Holder agrees in writing to those changes. My partial prepayment may reduce the amount of my monthly payments after the first Change Date following my partial prepayment. However, any reduction due to my partial prepayment may be offset by an interest rate increase.

If within        12 Months        from the date of execution of the Security Instrument I make a full prepayment or a partial prepayment, I will at the same time pay to the Note Holder a prepayment charge if authorized by state law. The prepayment charge will be equal to two percent (2%) of the balance due at date of such pay-off. In no event will such a charge be made if it violates state or federal law.

**6.    LOAN CHARGES**

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (i) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (ii) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the principal I owe under this Note or by making a direct payment to me. If a refund reduces principal, the reduction will be treated as a partial prepayment.

**7.    BORROWER'S FAILURE TO PAY AS REQUIRED**

**(A) Late Charges for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of        15        calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be        6.000%        of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

**(B) Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default. If I am in default, the Note Holder may require me to pay immediately the full amount of principal which has not been paid and all interest that I owe on that amount, together with any other charges that I owe under this Note or the Security Instrument, except as otherwise required by applicable law.

**(C) No Waiver by Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(D) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law, whether or not a lawsuit is filed. Those expenses include, for example, reasonable attorneys' fees.

**8.    GIVING OF NOTICES**

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

RINT051.wp (06-30-05)

Loan Number: ████████   Servicing Number: ████████   Date: 05/25/06

9.   **OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

10.   **WAIVERS**

I and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

11.   **SECURED NOTE**

In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises that I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

**Transfer of the Property or a Beneficial Interest in Borrower.** If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if exercise is prohibited by federal law as of the date of this Security Instrument. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by applicable law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender may also require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
DAVID W WAGNER                                -Borrower

_____ (Seal)
                                                              -Borrower

_____ (Seal)
                                                              -Borrower

_____ (Seal)
                                                              -Borrower

_____ (Seal)
                                                              -Borrower

_____ (Seal)
                                                              -Borrower

[Sign Original Only]

Loan Number: ███████   Servicing Number: ███████   Date: 05/25/06

# BALLOON NOTE ADDENDUM

This is a BALLOON LOAN. The term of the loan is 40/30 years. This means that while your monthly payment amount is amortized in accordance with a 40 year loan term, the loan is payable in full in THIRTY (30) years from the date the loan is made. As a result, you will be required to repay the entire remaining principal balance, together with accrued interest, late charges, if any, and all advancements made by the lender under the terms of this loan in THIRTY (30) years from the date on which the loan is made.

The lender has no obligation to refinance this loan at the end of its term. Therefore, you may be required to repay the loan out of other assets you may own, or you may have to find another lender willing to refinance the loan.

Assuming this lender or another lender refinances this loan at maturity, you will probably be charged interest at market rates prevailing at that time which may be considerably higher or lower than the interest rate paid on this loan. You may also have to pay some or all of the closing costs normally associated with the new mortgage loan even if you obtain refinancing from the same lender.

_____     _____
Borrower   DAVID W WAGNER            Borrower

_____     _____
Borrower                            Borrower

_____     _____
Borrower                            Borrower

**MULTISTATE BALLOON NOTE ADDENDUM**
Page 1 of 1                                         USD5641.wp (05-19-05)

Loan Number: ███████        Servicing Number: ███████        Date: 05/25/06

## ALLONGE TO NOTE
### (INVESTOR)

This allonge makes reference to the following Note:

Borrowers:  DAVID W WAGNER
Loan #: ███████
Property Address: 55  DOWNING ST,   TOWN OF EAST GREENWICH, RI 02818-2223
Loan Amount: $724,500.00

Note Date: 05/25/06

Therefore, in reference to the captioned note, the following applies:

Pay to the order of:

                                        Without Recourse

Option One Mortgage Corporation
A California Corporation

By: _____
      Jennifer Cabral

      Assistant Secretary

Page 1 of 1                                        USD3050.wp (03-14-03)

# EXHIBIT

# 2

WHEN RECORDED MAIL TO-
OPTION ONE MORTGAGE CORPORATION
P.O. BOX 57096
IRVINE, CA 92619-7096

ATTN    RECORDS MANAGEMENT

Loan Number
Servicing Number

BK 8 3 4 PG 1 7 3

[Space Above This Line For Recording Data]

## MORTGAGE

THIS MORTGAGE ("Security Instrument") is given on      05/25/2006          The mortgagor is
DAVID W WAGNER

whose address is
55 DOWNING ST , EAST GREENWICH, RI  02818-2223
("Borrower")  This Security Instrument is given to

Option One Mortgage Corporation, a California Corporation
which is organized and existing under the laws of          CALIFORNIA                        and whose address is

3 Ada, Irvine, CA  92618

("Lender")  Borrower owes Lender the principal sum of
SEVEN HUNDRED TWENTY FOUR THOUSAND FIVE HUNDRED
                                    AND NO/100THs      Dollars (U S  724500          )
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly
payments, with the full debt, if not paid earlier, due and payable on       06/01/2036              This Security
Instrument secures to Lender (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and
modifications of the Note  (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of
this Security Instrument, and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the
Note  For this purpose, Borrower does hereby mortgage, grant and convey to Lender, with Mortgage Covenants upon the Statutory
Condition and with the Statutory Power of Sale, the following described property located in   Kent
County, Rhode Island.

PLAT 11 LOT 453

SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART THEREOF

001548

which has the address of 55   DOWNING ST, TOWN OF EAST GREENWICH

Rhode Island          02818-2223         ("Property Address")                           [Street, City]
                      [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property and all easements, appurtenances, and
fixtures now or hereafter a part of the property  All replacements and additions shall also be covered by this Security Instrument.
All of the foregoing, is referred to in this Security Instrument as the "Property "
    BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage,
grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and
will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.
    COVENANTS  Borrower and Lender covenant and agree as follows
    1. Payment of Principal and Interest, Prepayment and Late Charges. Borrower shall promptly pay when due the principal
of and interest on the debt evidenced by the Note and any prepayment and late charges due under the Note
    2. Funds for Taxes and Insurance  Subject to applicable law or to a written waiver by Lender, Borrower shall pay to
Lender on the day monthly payments are due under the Note, until the Note is paid in full, a sum ("Funds") for (a) yearly taxes

RHODE ISLAND   Single Family
Page 1 of 8                                                                                          RISIM311 wp (10-31-02)

Loan Number [redacted]     Servicing Number [redacted]     Date  05/25/2005  PG 174

and assessments which may attain priority over this Security Instrument as a lien on the Property, (b) yearly leasehold payments or ground rents on the Property, if any  (c) yearly hazard or property insurance premiums  (d) yearly flood insurance premiums, if any, (e) yearly mortgage insurance premiums  if any, and (f) any sums payable by Borrower to Lender  in accordance with the provisions of paragraph 8  in lieu of the payment of mortgage insurance premiums  These items are called "Escrow Items " Lender may, at any time, collect and hold Funds in an amount not to exceed the maximum amount a lender for a federally related mortgage loan may require for Borrower's escrow account under the federal Real Estate Settlement Procedures Act of 1974 as amended from time to time, 12 U S C  Section 2601 et seq  ("RESPA"), unless another law that applies to the Funds sets a lesser amount  If so Lender may, at any time  collect and hold Funds in an amount not to exceed the lesser amount  Lender may estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with applicable law

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality or entity (including Lender  if Lender is such an institution) or in any Federal Home Loan Bank  Lender shall apply the Funds to pay the Escrow Items  Lender may not charge Borrower for holding and applying the Funds  annually analyzing the escrow account or verifying the Escrow Items  unless Lender pays Borrower interest on the Funds and applicable law permits Lender to make such a charge  However  Lender may require  Borrower to pay a one time charge for an independent real estate tax reporting service used by Lender in connection with this loan, unless applicable law provides otherwise  Unless an agreement is made or applicable law requires interest to be paid  Lender shall not be required to pay Borrower any interest or earnings on the Funds  Borrower and Lender may agree in writing  however, that interest shall be paid on the Funds  Lender shall give to Borrower  without charge, an annual accounting of the Funds  showing credits and debits to the Funds and the purpose for which each debit to the Funds was made  The Funds are pledged as additional security for all sums secured by this Security Instrument

If the Funds held by Lender exceed the amounts permitted to be held by applicable law  Lender shall account to Borrower for the excess Funds in accordance with the requirements of applicable law  If the amount of the Funds held by Lender at any time is not sufficient to pay the Escrow Items when due  Lender may so notify Borrower in writing  and in such case  Borrower shall pay to Lender the amount necessary to make up the deficiency  Borrower shall make up the deficiency in no more than twelve monthly payments at Lender's sole discretion

Upon payment in full of all sums secured by this Security Instrument  Lender shall promptly refund to Borrower any Funds held by Lender  If under paragraph 21  Lender shall acquire or sell the Property  Lender shall apply  prior to the acquisition or sale of the Property  shall apply any Funds held by Lender at the time of acquisition or sale as a credit against the sums secured by this Security Instrument

3  Application of Payments  Unless applicable law provides otherwise  all payments received by Lender under paragraphs 1 and 2 shall be applied  first, to any prepayment charges due under the Note  second  to amounts payable under paragraph 2  third to interest due  fourth  to principal due, and last to any late charges due under the Note

4  Charges, Liens  Borrower shall pay all taxes  assessments  charges  fines and impositions attributable to the Property which may attain priority over this Security Instrument  and leasehold payments or ground rents  if any  Borrower shall pay these obligations in the manner provided in paragraph 2  or if not paid in that manner  Borrower shall pay them on time, directly to the person owed payment  Borrower  shall promptly furnish to Lender all notices of amounts to be paid under this paragraph  If the Borrower makes these payments directly  Borrower shall promptly furnish to Lender receipts evidencing the payments

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower  (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender  (b) contests in good faith the lien by  or defends against enforcement of the lien in  legal proceedings which in the Lender's opinion operate to prevent the enforcement of the lien  or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument  If Lender determines that any part of the Property is subject to a lien which may attain priority over this Security Instrument  Lender may give Borrower a notice  identifying the lien  Borrower shall satisfy the lien or take one or more of the actions set forth above within 10 days of the giving of notice

5  Hazard or Property Insurance  Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage"  and any other hazards  including floods or flooding, for which Lender requires insurance  This insurance shall be maintained in the amounts and for the periods that Lender requires  The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's approval which shall not be unreasonably withheld  If Borrower fails to maintain coverage described above  Lender may, at Lender's option  obtain coverage to protect Lender's rights in the Property in accordance with paragraph 7

All insurance policies and renewals shall be acceptable to Lender and shall include a standard mortgage clause  Lender shall have the right to hold the policies and renewals  If Lender requires  Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices  In the event of loss  Borrower shall give prompt notice to the insurance carrier and Lender  Lender may make proof of loss if not made promptly by Borrower

Unless Lender and Borrower otherwise agree in writing  or applicable Law otherwise requires  insurance proceeds shall be applied first to reimburse Lender for costs and expenses incurred in connection with obtaining any such insurance proceeds and then at Lender's option  in such order and proportion as Lender may determine in its sole and absolute discretion  and regardless of any impairment of security or lack thereof  (i) to the sums secured by this Security Instrument  whether or not then due, and regardless to such components thereof as Lender may determine in its sole and absolute discretion  and/or (ii) to Borrower to pay the costs and expenses of necessary repairs or restoration of the Property to a condition satisfactory to Lender  If Borrower abandons the Property, or does not answer within 30 days  a notice from Lender that the insurance carrier has offered to settle a claim  Lender may collect the insurance proceeds  Lender may  in its sole and absolute discretion, and regardless of any impairment of security or lack thereof  use the proceeds to repair or restore the Property or to pay the sums secured by this Security Instrument whether or not then due  The 30 day period will begin when the notice is given

Unless Lender and Borrower otherwise agree in writing  any application of proceeds to principal shall not extend or postpone the due date of the monthly payments referred to in paragraphs 1 and 2 or change the amount of the payments  If under paragraph 21 the Property is acquired by Lender  Borrower's right to any insurance policies and proceeds resulting from damage to the Property prior to the acquisition shall pass to Lender to the extent of the sums secured by this Security Instrument immediately prior to the acquisition

If Borrower obtains earthquake insurance  any other hazard insurance  or any other insurance on the Property and such insurance is not specifically required by Lender, then such insurance shall (i) name Lender as loss payee thereunder  and (ii) be subject to the provisions of this paragraph 5

Page 2 of 6                                                                                   RESIMII wp (10-31-02)

Loan Number ████    Servicing Number ████    Date 05/25/06

( 8 3 5 F G 1 7 5

6 Occupancy Preservation, Maintenance and Protection of the Property, Borrower s Loan Application, Leaseholds. Borrower acknowledges that the Lender does not desire to make a loan to Borrower secured by this property on the terms contained in the Note unless the property is to be occupied by Borrower as Borrower's primary/secondary residence Lender makes non owner residence loans of different terms Borrower promises and assures Lender that Borrower intends to occupy this property as Borrower's primary/secondary residence and that Borrower will so occupy this property as its sole primary/secondary residence within sixty (60) days after the date of the Security Instrument If Borrower breaches this promise to occupy the property as Borrower's primary/secondary residence, then Lender may invoke any of the following remedies in addition to the remedies provided in the Security Instrument (1) Declare all sums secured by the Security Instrument due and payable and foreclose the Security Instrument (2) Decrease the term of the loan and adjust the monthly payments under the Note accordingly, increase the interest rate and adjust the monthly payments under the Note accordingly, or (3) require that the principal balance be reduced to a percentage of either the original purchase price or the appraised value then being offered on non owner occupied loans

Borrower shall not destroy damage or impair the Property, allow the Property to deteriorate or commit waste on the Property Borrower shall be in default if any forfeiture action or proceeding, whether civil or criminal, is begun that in Lender's good faith judgment could result in forfeiture of the Property or otherwise materially impair the lien created by this Security Instrument or Lender's security interest Borrower may cure such a default and reinstate as provided in paragraph 18 by causing the action or proceeding to be dismissed with a ruling that, in Lender's good faith determination precludes forfeiture of the Borrower's interest in the Property or other material impairment of the lien created by this Security Instrument or Lender's security interest Borrower shall also be in default if Borrower during the loan application process, gave materially false or inaccurate information or statements to Lender (or failed to provide Lender with any material information) in connection with the loan evidenced by the Note including, but not limited to representations concerning Borrower's occupancy of the Property as a principal residence If this Security Instrument is on a leasehold Borrower shall comply with all the provisions of the lease If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing

Borrower shall, at Borrower s own expense, appear in and defend any action or proceeding purporting to affect the Property or any portion thereof or Borrower's title thereto, the validity or priority of the lien created by this Security Instrument, or the rights or powers of Lender with respect to this Security Instrument or the Property All causes of action of Borrower whether accrued before or after the date of this Security Instrument, for damage or injury to the Property or any part thereof or in connection with any transaction financed in whole or in part by the proceeds of the Note or any other note secured by this Security Instrument, by Lender or in connection with or affecting the Property or any part thereof, including causes of action arising in tort or contract and causes of action for fraud or concealment of a material fact are at Lender's option, assigned to Lender, and the proceeds thereof shall be paid directly to Lender who after deducting therefrom all its expenses, including reasonable attorneys fees, may apply such proceeds to the sums secured by this Security Instrument or to any deficiency under this Security Instrument or may release any monies so received by it or any part thereof as Lender may elect Lender may at its option, appear in and prosecute in its own name any action or proceeding to enforce any such cause of action and may make any compromise or settlement thereof Borrower agrees to execute such further assignments and any other instruments as from time to time may be necessary to effectuate the foregoing provisions and as Lender shall request

7 Protection of Lender's Rights in the Property If Borrower fails to perform the covenants and agreements contained in this Security Instrument or there is a legal proceeding that may significantly affect Lender's rights in the Property (such as a proceeding in bankruptcy probate, for condemnation or forfeiture or to enforce laws or regulations) then Lender may do and pay for whatever is necessary to protect the value of the Property and Lender's rights in the Property Lender's actions may include paying any sums secured by a lien which has priority over this Security Instrument appearing in court paying reasonable attorneys' fees and entering on the Property to make repairs Although Lender may take action under this paragraph 7 Lender does not have to do so

Any amounts disbursed by Lender under this paragraph 7 shall become additional debt of Borrower secured by this Security Instrument Unless Borrower and Lender agree to other terms of payment, these amounts shall bear interest from the date of disbursement at the Note rate in effect from time to time and shall be payable with interest, upon notice from Lender to Borrower requesting payment

8 Mortgage Insurance If Lender required mortgage insurance as a condition of making the loan secured by this Security Instrument, Borrower shall pay the premiums required to maintain the mortgage insurance in effect If, for any reason the mortgage insurance coverage required by Lender lapses or ceases to be in effect, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the mortgage insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the mortgage insurance previously in effect from an alternate mortgage insurer approved by Lender If substantially equivalent mortgage insurance coverage is not available, Borrower shall pay to Lender each month a sum equal to one twelfth of the yearly mortgage insurance premium being paid by Borrower when the insurance coverage lapsed or ceased to be in effect Lender will accept use and retain these payments as a loss reserve in lieu of mortgage insurance Loss reserve payments may no longer be required at the option of Lender, if mortgage insurance coverage (in the amount and for the period that Lender requires) provided by an insurer approved by Lender again becomes available and is obtained. Borrower shall pay the premiums required to maintain mortgage insurance in effect, or to provide a loss reserve until this requirement for mortgage insurance ends in accordance with any written agreement between Borrower and Lender or applicable law

9 Inspection. Lender or its agent may make reasonable entries upon and inspections of the Property Lender shall give Borrower notice at the time of or prior to an inspection specifying reasonable cause for the inspection

10 Condemnation. The proceeds of any award or claim for damages direct or consequential, in connection with any condemnation or other taking of any part of the Property or for conveyance in lieu of condemnation, are hereby assigned and shall be paid to Lender Lender may apply, use or release the condemnation proceeds in the same manner as provided in paragraph 5 hereof with respect to insurance proceeds

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the condemnor offers to make an award or settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given Lender is authorized to collect and apply the proceeds, at its option, either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due

Unless Lender and Borrower otherwise agree in writing, any application of proceeds to principal shall not extend or postpone the due date of the monthly payments referred to in paragraphs 1 and 2 or change the amount of such payments

11 Borrower Not Released, Forbearance By Lender Not a Waiver Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to any successor in interest of Borrower shall not operate to release the liability of the original Borrower or Borrower's successors in interest Lender shall not be required to commence proceedings against any successor in interest or refuse to extend time for payment or otherwise modify amortization of

Page 3 of 6

RISMII wp (10-31-02)



Loan Number ▮▮▮▮▮▮▮     Servicing Number ▮▮▮▮▮▮     Date  05/25/06     ▮834.C176

the sums secured by this Security Instrument by reason of any demand made by the original Borrower or Borrower's successors in interest  Any forbearance by Lender in exercising any right or remedy shall not be a waiver of or preclude the exercise of any right or remedy

12  Successors and Assigns Bound, Joint and Several Liability, Co-signers  The covenants and agreements of this Security Instrument shall bind and benefit the successors and assigns of Lender and Borrower, subject to the provisions of paragraph 17 Borrower's covenants and agreements shall be joint and several  Any Borrower who co signs this Security Instrument but does not execute the Note  (a) is co-signing this Security Instrument only to mortgage, grant and convey that Borrower's interest in the Property under the terms of this Security Instrument  (b) is not personally obligated to pay the sums secured by this Security Instrument  and (c) agrees that Lender and any other Borrower may agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without that Borrower's consent

13  Loan Charges.  If the loan secured by this Security Instrument is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the loan exceed the permitted limits  then  (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit, and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower If a refund reduces principal  the reduction will be treated as a partial prepayment without any prepayment charge under the Note

14  Notices  Any notice to Borrower provided for in this Security Instrument shall be given by delivering it or by mailing it by first class mail unless applicable law requires use of another method  The notice shall be directed to the Property Address or any other address Borrower designates by notice to Lender  Any notice to Lender shall be given by first class mail to Lender's address stated herein or any other address Lender designates by notice to Borrower  Any notice provided for in this Security Instrument shall be deemed to have been given to Borrower or Lender when given as provided in this paragraph

15  Governing Law Severability  This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located  In the event that any provision or clause of this Security Instrument or the Note conflicts with applicable law  such conflict shall not affect other provisions of this Security Instrument or the Note conflicts with without the conflicting provision  To this end the provisions of this Security Instrument and the Note which can be given effect

16  Borrower's Copy  Borrower shall be given one conformed copy of the Note and of this Security Instrument and the Note are declared to be severable

17  Transfer of the Property or a Beneficial Interest in Borrower  If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent  Lender may  at its option, require immediate payment in full of all sums secured by this Security Instrument  However this option shall not be exercised by Lender if exercise is prohibited by federal law as of the date of this Security Instrument

If Lender exercises this option  Lender shall give Borrower notice of acceleration  The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Security Instrument  If Borrower fails to pay these sums prior to the expiration of this period  Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower

18  Borrower's Right to Reinstate  If Borrower meets certain conditions  Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earlier of  (a) 5 days (or such other period as applicable law may specify for reinstatement) before sale of the Property pursuant to any power of sale contained in this Security Instrument  or (b) entry of a judgment enforcing this Security Instrument  Those conditions  in that Borrower  (a) pays Lender all sums which then would be due under this Security Instrument and the Note  as if no acceleration had occurred  (b) cures any default of any other covenants or agreements  (c) pays all expenses incurred in enforcing this Security Instrument  including but not limited to reasonable attorneys' fees  and (d) takes such action as Lender may reasonably require  to assure that the lien of this Security Instrument  Lender's rights in the Property and Borrower's obligation to pay the sums secured by this Security Instrument shall continue unchanged  Upon reinstatement by Borrower  this Security Instrument and the obligations secured hereby shall remain fully effective as if no acceleration had occurred  However  this right to reinstate shall not apply in the case of acceleration under paragraph 17

19  Sale of Note  Change of Loan Servicer  The Note or a partial interest in the Note (together with this Security Instrument) may be sold one or more times without prior notice to Borrower  A sale may result in a change in the entity (known as the 'Loan Servicer') that collects monthly payments due under the Note and this Security Instrument  There also may be one or more changes of the Loan Servicer unrelated to a sale of the Note  If there is a change of the Loan Servicer  Borrower will be given written notice of the change in accordance with paragraph 14 above and applicable law  The notice will state the name and address of the new Loan Servicer and the address to which payments should be made  The notice will also contain any other information required by applicable law  The holder of the Note and this Security Instrument shall be deemed to be the Lender hereunder

20  Hazardous Substances  Borrower shall not cause or permit the presence  use  disposal  storage  or release of any Hazardous Substances on or in the Property  Borrower shall not do, nor allow anyone else to do  anything affecting the Property that is in violation of any Environmental Law  The preceding two sentences shall not apply to the presence  use  or storage  on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property

Borrower shall promptly give Lender written notice of any investigation  claim  demand  lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge  If Borrower learns or is notified by any governmental or regulatory authority  that any removal or other remediation of any Hazardous Substance affecting the Property is necessary  Borrower shall promptly take all necessary remedial actions in accordance with Environmental law

Borrower shall be solely responsible for  shall indemnify  defend and hold harmless Lender, its directors, officers employees  attorneys  agents  and their respective successors and assigns, from and against any and all claims, demands, causes of action  loss  damage, cost (including actual attorneys' fees and court costs and costs of any required or necessary repair, cleanup or detoxification of the Property and the preparation and implementation of any closure  abatement, containment, remedial or other required plan)  expenses and liability directly or indirectly arising out of or attributable to (a) the use  generation, storage  release threatened release  discharge  disposal  abatement or presence of Hazardous Substances on  under or about the Property, (b) the transport to or from the Property of any Hazardous Substances  (c) the violation of any Hazardous Substances law  and (d) any Hazardous Substances claims

RISIM11 wp (10-31-02)

| Loan Number | ▮▮▮▮ | Servicing Number | ▮▮▮▮ | Date | 05/25/06 | ▮ 8 3 ℓ rC ℓ 77 |

As used in this paragraph 20 "Hazardous Substances" are those substances defined as toxic or hazardous substances by Environmental Law and the following substances gasoline kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde and radioactive materials As used in this paragraph 20 "Environmental Law" me. ins federal laws and laws of the jurisdiction where the Property is located that relate to health safety or environmental protection

ADDITIONAL COVENANTS  Borrower and Lender further covenant and agree as follows

21 Acceleration, Remedies  If any installment under the Note or notes secured hereby is not paid when due, or if Borrower should be in default under any provision of this Security Instrument, or if Borrower is in default under any other mortgage or other instrument secured by the Property, all sums secured by this Security Instrument and accrued interest thereon shall at once become due and payable at the option of Lender without prior notice except as otherwise required by applicable law and regardless of any prior forbearance  In such event, Lender, at its option, and subject to applicable law  may then or thereafter invoke the STATUTORY POWER OF SALE and/or any other remedies or take any other actions permitted by applicable law  Lender will collect all expenses incurred in pursuing, the remedies described in this Paragraph 21, including, but not limited to, reasonable attorneys' fees and costs of title evidence

If Lender invokes the STATUTORY POWER OF SALE, Lender shall mail a copy of a notice of sale to Borrower as provided in paragraph 14  Lender shall publish the notice of sale and the Property shall be sold in the manner prescribed by applicable law  Lender or its designee may purchase the Property at any sale  The proceeds of the sale shall be applied in the following order: (a) to all expenses of the sale, including but not limited to  reasonable attorneys' fees  (b) to all sums secured by this Security Instrument  and (c) any excess to the person or persons legally entitled to it.

22. Release  Upon payment of all sums secured by this Security Instrument, Lender shall release this property without warranty to the person or persons legally entitled to it  Such person or persons shall pay any recordation costs  Lender may charge such person or persons a fee for releasing the Property for services rendered if the charging of the fee is permitted under applicable law

23  Waiver of Homestead  If Borrower heretofore has acquired or hereafter acquires an estate of homestead in the Property  Borrower hereby agrees that such homestead estate is waived to the extent of this Security Instrument and the amount due under the Note and to the extent of all renewals  extensions and modifications of this Security Instrument or the Note and that said homestead estate is subject to all of the rights of Lender under this Security Instrument and the Note and all renewals, extensions and modifications of this Security Instrument and the Note  and is subordinate to the lien evidenced by this Security Instrument  and all renewals  extensions and modifications of this Security Instrument  Furthermore  Borrower hereby waives the benefit sof any homestead or similar laws or regulations that may otherwise be applicable from time to time

24  Misrepresentation and Nondisclosure  Borrower has made certain written representations and disclosures in order to induce Lender to make the loan evidenced by the Note or notes which this Security Instrument secures, and in the event that Borrower has made any material misrepresentation or failed to disclose any material fact, Lender, at its option and without prior notice or demand  shall have the right to declare the indebtedness secured by this Security Instrument, immediately due and payable date specified in the Note or notes secured by this Security Instrument, immediately due and payable

25  Time is of the Essence  Time is of the essence in the performance of each provision of this Security Instrument

26  Waiver of Statute of Limitations. The pleading of the statute of limitations as a defense to enforcement of this Security Instrument, or any and all obligations referred to herein or secured hereby  is hereby waived to the fullest extent permitted by applicable law

27  Modification  This Security Instrument may be modified or amended only by an agreement in writing signed by Borrower and Lender or lawful successors in interest

28  Reimbursement. To the extent permitted by applicable law, Borrower shall reimburse Trustee and Lender for any and all costs, fees and expenses which either may incur  expend or sustain in the execution of the trust created hereunder or in the performance of any act required or permitted hereunder or by law or in equity or otherwise arising out of or in connection with this Security Instrument, the Note  any other note secured by this Security Instrument or any other instrument executed by Borrower in connection with the Note or Security Instrument  To the extent permitted by applicable law, Borrower shall pay to Trustee and Lender their fees in connection with Trustee and Lender including  but not limited to assumption application fees  fees for payoff demands and, statements of loan balance, fees for making, transmitting and transporting copies of loan documents, verifications, full or partial lien releases and other documents requested by borrower or necessary for performance of Lender's rights or duties under this Security Instrument  fees arising from a returned or dishonored check  fees to determine whether the Property is occupied, protected, maintained or insured or related purposes  appraisal fees, inspection fees, legal fees  broker fees, insurance and term substitutions repair expenses  foreclosure fees and costs arising from foreclosure of the Property and protection of the security for this Security Instrument  and all other fees and costs of a similar nature not otherwise prohibited by law

29  Clerical Error  In the event Lender at any time discovers that the Note, any other note secured by this Security Instrument  the Security Instrument  or any other document or instrument executed in connection with the Security Instrument, Note or notes contains an error that was caused by a clerical mistake  calculation error, computer malfunction, printing error or similar error, Borrower agrees, upon notice from Lender, to re execute any documents that are necessary to correct any such error(s)  Borrower further agrees that Lender will not be liable to Borrower for any damages incurred by Borrower that are directly or indirectly caused by any such error

30  Lost, Stolen, Destroyed or Mutilated Security Instrument and Other Documents. In the event of the loss, theft or destruction of the Note  any other note secured by this Security Instrument, the Security Instrument or any other documents or instruments executed in connection with the Security Instrument, Note or notes (collectively, the "Loan Documents"), upon Borrower's receipt of an indemnification executed in favor of Borrower by Lender, or, in the event of the mutilation of any of the Loan Documents, upon Lender's surrender to Borrower of the mutilated Loan Document, Borrower shall execute and deliver to Lender a Loan Document in form and content identical to, and to serve as a replacement of, the lost, stolen, destroyed, or mutilated Loan Document, and such replacement shall have the same force and effect as the lost, stolen, destroyed, or mutilated Loan Documents, and may be treated for all purposes as the original copy of such Loan Document.

31  Assignment of Rents. As additional security hereunder, Borrower hereby assigns to Lender the rents of the Property Borrower shall have the right to collect and retain the rents of the Property as they become due and payable provided Lender has not exercised its rights to require immediate payment in full of the sums secured by this Security Instrument and Borrower has not abandoned the Property

Page 5 of 6

RISIM11 wp (10-31-02)



Loan Number ████████          Servicing Number ████████          (83 rG 178
                                                          Date   05/25/06

**32. Riders to this Security Instrument.** If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants and agreements of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument [Check applicable box(es)]

- ☒ Adjustable Rate Rider
- ☐ No Prepayment Penalty Option Rider
- ☒ Other(s) (specify)  Balloon Rider

- ☐ Condominium Rider
- ☐ Planned Unit Development Rider

- ☐ 1-4 Family Rider
- ☐ Occupancy Rider

**BY SIGNING BELOW,** Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it

Witnesses

_____(Seal)          _____(Seal)
                    Borrower                              Borrower

_____(Seal)          _____(Seal)
DAVID N WAGNER       Borrower                              Borrower

_____(Seal)          _____(Seal)
                    Borrower                              Borrower

STATE OF RHODE ISLAND,          County ss. ᴋᴠᴛ

On this     2ᴛ     day of   MAR, 2006,        , in  E GwwuK
in said County, before me personally appeared

                  David w wagner         each and all to me known and known to me to be
the person(s) executing the foregoing instrument and acknowledged said execution to be          free act
and deed

                                          Notary Public

┌────────────────────────────────────┐
│      STEPHEN H MARSELLA            │
│  Notary Public State of Rhode Island │
│  My Commission Expires April 17 2009 │
└────────────────────────────────────┘

Page 6 of 6                                   RISM11 wp (10-31-02)

( 8 3 h PG 1 7 9

## Exhibit A

That lot of  land with all the buildings and improvements thereon,  situated  on  the
westerly side of  Downing Street in the Town of  East Greenwich, County of  Kent, and
State of  Rhode Island, laid out and delineated as Lot No  7 (seven) on that plat entitled,
"QUEEN'S  GRANT  SUBDIVISION NO  1 EAST GREENWICH R.I  OWNED BY
QUEEN'S  GRANT  DEVELOPMENT  CO  MARCH  15,  1967  SCALE  1"= 50'
CLIFFORD L  STEWART REG  LAND SURVEYOR", which plat is recorded with the
Records of  Land Evidence in the Town of  East Greenwich as Plat # 193

Subject to restrictions and easements of record



834 PG 180

Loan Number ▮▮▮▮   Servicing Number ▮▮▮▮   Date  05/25/06

## ADJUSTABLE RATE RIDER
### (LIBOR Index - Rate Caps)

THIS ADJUSTABLE RATE RIDER is made May 25, 2006 and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust or Security Deed (the "Security Instrument") of the same date given by the undersigned (the "Borrower") to secure Borrower's Adjustable Rate Note (the "Note") to
Option One Mortgage Corporation, a California Corporation
(the "Lender") of the same date and covering the property described in the Security Instrument and located at

55 DOWNING ST,  TOWN OF EAST GREENWICH, RI 02818-2223

[Property Address]

THE NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN THE INTEREST RATE AND THE MONTHLY PAYMENT THE NOTE LIMITS THE AMOUNT THE BORROWER'S INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE THE BORROWER MUST PAY

ADDITIONAL COVENANTS  In addition to the covenants and agreements made in the Security Instrument  Borrower and Lender further covenant and agree as follows

The Note provides for an initial interest rate of                 6 950%                The Note provides for changes in the interest rate and the monthly payments  as follows

4     INTEREST RATE AND MONTHLY PAYMENT CHANGES
(A) Change Dates
The interest rate I will pay may change on the first day of  June 01       2008 and on that day every sixth month thereafter  Each date on which my interest rate could change is called a "Change Date "
(B) The Index
Beginning with the first Change Date  my interest rate will be based on an Index  The "Index" is the average of interbank offered rates for six month U S  dollar denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*  The most recent Index figure available as of the first business day of the month immediately preceding the month in which the Change Date occurs is called the "Current Index "
If the Index is no longer available  the Note Holder will choose a new index that is based upon comparable information  The Note Holder will give me notice of this choice
(C) Calculation of Changes
Before each Change Date, the Note Holder will calculate my new interest rate by adding
SIX AND 10/100                                                   percentage point(s) ( 6 100%    )
to the Current Index  The Note Holder will then round the result of this addition to the next higher one eighth of one percentage point (0 125%)  Subject to the limits stated in Section 4(D) below  this rounded amount will

MULTISTATE ADJUSTABLE RATE RIDER LIBOR INDEX – Single Family
Page 1 of 3

USRI6021 (02 23 99)



( 8 3 4  PG 1 8 1

| Loan Number | ▮▮▮▮▮ | Servicing Number | ▮▮▮▮▮ | Date | 05/25/06 |
|---|---|---|---|---|---|

be my new interest rate until the next Change Date

The Note Holder will then determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments  The result of this calculation will be the new amount of my monthly payment

**(D) Limits on Interest Rate Changes**

The interest rate I am required to pay at the first Change Date will not be greater than 9 950%    or less than   6 950%                        Thereafter, my interest rate will never be increased or decreased on any single Change Date by more than one percentage point (1 0%) from the rate of interest I have been paying for the preceding six months  In no event will my interest rate be greater than      12 950%           or less than    6 950%

**(E) Effective Date of Changes**

My new interest rate will become effective on each Change Date  I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again

**(F) Notice of Changes**

The Note Holder will deliver or mail to me a notice of any changes in my interest rate and the amount of my monthly payment before the effective date of any change  The notice will include information required by law to be given me and also the title and telephone number of a person who will answer any question I may have regarding the notice

**TRANSFER OF THE PROPERTY OR A BENEFICIAL INTEREST IN BORROWER**

Covenant 17 of the Security Instrument is amended to read as follows

Transfer of the Property or a Beneficial Interest in Borrower  If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in Borrower is sold or transferred and Borrower is not a natural person) without Lender's prior written consent, Lender may, at its option, require immediate payment in full of all sums secured by this Security Instrument  However, this option shall not be exercised by Lender if exercise is prohibited by federal law as of the date of this Security Instrument  Lender also shall not exercise this option if  (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee, and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender

To the extent permitted by applicable law  Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption  Lender may also require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument  Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration  The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by this Security Instrument  If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower

MULTISTATE ADJUSTABLE RATE RIDER-LIBOR INDEX-Single Family
Page 2 of 3

USR10022 (02 23-99)



(831 PC 182

| Loan Number | | Servicing Number | | Date | 05/25/06 |

**BY SIGNING BELOW,** Borrower accepts and agrees to the terms and covenants contained in this Adjustable Rate Rider.

_____ (Seal)
DAVID B. WAGNER

_____ (Seal)

_____ (Seal)

_____ (Seal)

_____ (Seal)

_____ (Seal)

**MULTISTATE ADJUSTABLE RATE RIDER-LIBOR INDEX-Single Family**
Page 3 of 3

USRI0023 (02 23-99)



2006 MAY 31  AH 8 53              Recorded in East Greenwich, RI

                                                      ( 0 3 4 ۲ ۵ 1 8 3
Loan Number [____]        Servicing Number [____]     Date   05/25/06

# BALLOON RIDER

This is a **BALLOON LOAN**  The term of the loan is 40/30 years  This means that while your monthly payment amount is amortized in accordance with a 40 year loan term, the loan is payable in full in **THIRTY (30)** years from the date the loan is made  As a result, you will be required to repay the entire remaining principal balance, together with accrued interest, late charges, if any, and all advancements made by the lender under the terms of this loan in **THIRTY (30)** years from the date on which the loan is made

The lender has no obligation to refinance this loan at the end of its term  Therefore, you may be required to repay the loan out of other assets you may own, or you may have to find another lender willing to refinance the loan

Assuming this lender or another lender refinances this loan at maturity, you will probably be charged interest at market rates prevailing at that time which may be considerably higher or lower than the interest rate paid on this loan  You may also have to pay some or all of the closing costs normally associated with the new mortgage loan even if you obtain refinancing from the same lender

_____          _____
DAVID M WAGNER          -Borrower        -Borrower

_____          _____
Borrower        -Borrower

_____          _____
Borrower        -Borrower

**MULTISTATE BALLOON RIDER**
Page 1 of 1

                                                  USR1091 wp (05-19-05)



# EXHIBIT

# 3

BK1173PG148

# RHODE ISLAND

PREPARED BY SECURITY CONNECTIONS
WHEN RECORDED MAIL TO:
*SECURITY CONNECTIONS INC.*
*240 TECHNOLOGY DRIVE*
*IDAHO FALLS, ID 83401*
*PH:(208)528-9895*
*ATT: TERRILL NIELSON*

TOWN OF *EAST GREENWICH*
Loan.No ███████████████

Pool.No                           Space above for recorder's use
███████

Assignment-Interv. -Recorded
# ASSIGNMENT OF MORTGAGE OR DEED OF TRUST

FOR VALUE RECEIVED, *SAND CANYON CORPORATION F/K/A OPTION ONE MORTGAGE CORPORATION,*

located at *1525 S. BELTLINE RD., COPPELL, TX 75019*
does hereby grant, assign, transfer and set over unto *DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-OPT5, ASSET-BACKED CERTIFICATES, SERIES 2006-OPT5*

located at   *1761 EAST ST. ANDREW PLACE  SANTA ANA, CA 92705-4934*
                                                              its successors
and assigns a certain Mortgage or Deed of Trust dated   *MAY 25, 2006*
executed by *DAVID W. WAGNER*
                                                            as Grantor(s),
and recorded in Volume *834*        Page No. *173*      Instrument No.*001548*
of the Mortgage or Deed of Trust records in the office of the Town Clerk in the
Town of*EAST GREENWICH*   State of Rhode Island on the  *31st* day of *MAY 2006*
Time of recording*8:53AM*
Property Address:*55 DOWNING ST TOWN OF EAST GREENWIC, RI 02818*

████████████████

(NMRI.RI)                    Page 1 of 2
██████████████████████████████████



12 OCT 10 AM 9: 23          Recorded in East Greenwich, RI          BK I I 7 3 PG I 4 9

Loan.No ████████████

TOGETHER with all rights accrued or to accrue to said MORTGAGE OR DEED OF TRUST.

DATED *SEPTEMBER 5, 2012* _____.

*SAND CANYON CORPORATION F/K/A OPTION ONE
MORTGAGE CORPORATION*

Witness, *KYLEE JENSEN*

*VICKIE SORG
VICE PRESIDENT*

Witness, *CRISTINA HUITRON*

STATE OF *IDAHO* _____ )
                                 ) ss
COUNTY OF *BONNEVILLE* _____ )

On *SEPTEMBER 5, 2012* _____, before me, the undersigned, a Notary Public in and
for said County and State, personally appeared *VICKIE SORG*
known to me to be the person who executed the within instrument as the
*VICE PRESIDENT* _____, and
known to me to be the person who executed _____ of the Corporation that executed the
within instrument and acknowledged to me that the  Corporation executed the within
instrument pursuant to its by-laws or a resolution of its board of directors.
WITNESS my hand and official seal.



*EMMETT GREEN   (COMMISSION EXP. 05-31-18)*
NOTARY PUBLIC

EMMETT GREEN
NOTARY PUBLIC
STATE OF IDAHO

(NMRI.RI.2)                    Page 2 of 2

████████████████████

# EXHIBIT 4

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

In Re: David W. Wagner

Debtor(s)

BK No. 1:18−bk−10071

Chapter 7

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
### (this relates to Document # 16)

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. # 16); filed by Deutsche Bank National Trust Company ; and after hearing,

IT IS HEREBY ORDERED that for the reasons stated by the Court in its bench decision, are incorporated herein by reference:

(1) Deutsche Bank National Trust Company is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non−bankruptcy law with respect to:

55 Downing Street, East Greenwich, RI.

(2) The 14−day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **3/7/18**

Entered on Docket: **3/7/18**
Document Number: **24 − 16**

109.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*

# EXHIBIT

# 5

Ocwen
P.O. BOX 9066
TEMECULA, CA 92589-9066



2314108899

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

David W Wagner
55 DOWNING ST
E GREENWICH, RI 02818-2223



PATTERN FOR SECURITY PURPOSES ONLY.
PAGE LEFT INTENTIONALY BLANK.

**Ocwen Loan Servicing, LLC**

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

WWW.OCWEN.COM

*Helping Homeowners is What We Do!* ™

OCWEN

11/03/2016

Sent Via First Class Mail
2314108899
Loan Number: ▮▮▮▮▮▮

David W Wagner
55 DOWNING ST
E GREENWICH, RI 02818-2223

Property Address: 55 Downing St
East Greenwich, RI 02818-2223

### NOTICE OF DEFAULT

**AVISO IMPORTANTE PARA PERSONAS QUE HABLAN ESPAÑOL:**

Esta notificación es de suma importancia. Puede afectar su derecho a continuar viviendo en su casa. Si no entiende su contenido, obtenga una traducción inmediatamente o contáctenos ya que tenemos representantes que hablan español y están disponibles para asistir.

Dear Customer(s),

#### SPECIAL NOTICE IN THE EVENT YOU HAVE FILED BANKRUPTCY

If you have received an Order of Discharge in a Chapter 7 case filed under the Bankruptcy Code of the United States, this notice is not intended as an attempt to collect any debt from you personally. If you have received an Order of Discharge in a Chapter 11, 12 or 13 bankruptcy case, this notice is not an attempt to collect a pre-petition debt pursuant to a completed and confirmed Bankruptcy Plan. If the foregoing applies to you, this notice is sent to you only as a preliminary step to an "In Rem" foreclosure on the mortgage against the above-referenced property. Provisions may be contained within the mortgage/deed of trust that requires notice prior to foreclosure. As such, this is not an attempt to assert that you have any personal liability for this debt, contrary to any entered Bankruptcy Order of Discharge.

In addition, if you have recently filed a petition under the Bankruptcy Code, this notice has been sent to you because we have not been notified of your bankruptcy case. If the foregoing applies to you, it is **IMPORTANT** that you or your bankruptcy attorney contacts us immediately and provides us with the following information: date and jurisdiction of your filing, your case number and the bankruptcy chapter number under which you have filed.

NMLS # 1852

DEMAND05BKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

Mortgage payments on the above referenced account are past due, which has caused a default under the terms of the Mortgage or Deed of Trust. As of **11/03/2016**, the following amounts are past due:

| | |
|---|---:|
| Principal and Interest | $5,646.00 |
| Interest Arrearage | $0.00 |
| Escrow | $3,335.60 |
| Late Charges | $2,032.56 |
| Insufficient Funds Charges | $0.00 |
| Fees / Expenses | $297.74 |
| Suspense Balance (CREDIT) | $0.00 |
| Interest Reserve Balance (CREDIT) | $0.00 |
| **TOTAL DUE** | **$11,311.90** |

On or before **12/10/2016**, payment may be remitted to us via MoneyGram, bank check, money order or certified funds for the entire total amount past due to the appropriate address listed at the bottom of page four of this notice. Any amount(s) that become due in the interim must also be received.

If the account is not brought current in a timely manner, it may result in our election to exercise our right to foreclose on the property. Upon acceleration, the total obligation will be immediately due and payable without further demand. In foreclosure proceedings, we are entitled to collect the total arrearage in addition to any expenses of foreclosure, including, but not limited to, reasonable attorney's fees and costs. If the loan has already been accelerated and foreclosure proceedings have already begun, we will continue the foreclosure action (if possible). You may have the right to assert in court the non-existence of a default or any other defense to acceleration and foreclosure.

We will work with bankruptcy lawyers, foreclosure defense lawyers, housing counselors and other authorized representatives of our customers. However, we will only release information once written authorization has been obtained, as required by law.

After acceleration of the debt, but prior to foreclosure, the mortgage loan may be reinstated depending on the terms of the note and mortgage, any payments received and/or any relevant prior court order. We encourage you to review the provisions of the note and mortgage. Please be aware that, after acceleration of the debt, there may be expenses and attorney's fees and costs incurred by us to enforce the terms of the mortgage agreement, in addition to the overdue amount on the mortgage. Any payment to reinstate the mortgage loan after acceleration must therefore include an amount sufficient to cover such expenses and fees incurred. Payments received that are less than the amount required to reinstate the mortgage loan will be returned, and will not stop any foreclosure proceedings that have begun. **PRIOR TO SUBMITTING A PAYMENT, PLEASE CALL US TO VERIFY THE EXACT AMOUNT PAST DUE ON THE ACCOUNT**.

NMLS # 1852                                                                                     DEMAND05BKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

In addition, a HUD counseling agency may be able to provide assistance. To locate the HUD-approved counseling agency, call the HUD Housing Counseling Service at (800) 569-4287 or consult HUD's website at www.HUD.gov.

If you have any questions or concerns please call us toll-free at (800) 746-2936. We are available Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Failing to contact a housing counselor or attorney may result in the loss of certain opportunities, such as meeting with the lender or participating in mediation in front of a neutral third party.

**Attention Servicemembers and Dependents**: Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember, may be entitled to certain legal protections under the federal Servicemembers Civil Relief Act (50 U.S.C. App. §§ 501-597b) ("SCRA") regarding the servicemember's interest rate and foreclosure protections. SCRA and certain state laws provide important protections for you. If you are currently in the military service, or have been within the last twelve (12) months, please notify Ocwen immediately. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at http://legalassistance.law.af.mil/content/locator.php. Military OneSource is the U.S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA, please go to www.militaryonesource.mil/legal or call 1-800-342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website. Homeowner counseling is also available from HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at (800) 746-2936 if you have questions about your rights under SCRA.

To remedy this situation, we want to assist in trying to reach that goal. Ocwen would like to present some of the alternatives that might be available regarding the delinquent mortgage loan. While our primary objective is the collection of past due amounts on the loan, we want to work to find the best available alternative to bring the mortgage loan obligation current.

Vishal Dave has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

Sincerely,
Loan Servicing
Toll Free Phone: (800) 746-2936

**ADDRESS WRITTEN CORRESPONDENCE TO**:
Ocwen Loan Servicing, LLC
Attention: Research Department
P.O. Box 24736
West Palm Beach, FL 33416-4736

NMLS # 1852                                                                                                    DEMAND05BKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

OCWEN

## PAYMENT REMITTANCE INFORMATION
### (Always include loan number 7141145115 with any payment)

Certified Payment Methods

| Western Union | MoneyGram |
|---|---|
| **Code City:** OCWEN<br>**State:** Florida<br>**Reference:** Loan number ▓▓▓▓<br>**Agent Locator:** (800) 225-5227 | **Receiver Code:** 2355<br>**Payable to:** Ocwen Loan Servicing, LLC<br>**City, State:** Orlando, Florida<br>**Reference:** Loan number ▓▓▓▓<br>**Agent locator:** (800) 926-9400 |

| Mail a Money Order/Certified Check | Bank Wire |
|---|---|
| **For regular mail:**<br>Ocwen Loan Servicing, LLC<br>P.O. Box 660264<br>Dallas, TX 75266-0264<br>**For Overnight/Certified mail:**<br>Ocwen Loan Servicing, LLC<br>Box # 660264<br>1010 W. Mockingbird Lane, Suite 100<br>Dallas, TX 75247 | **Bank:** Wells Fargo Bank, NA<br>**ABA:** 121000248<br>**Account Number:** 4124823352<br>**Account Name:** Ocwen Loan Servicing,  LLC<br>**Reference:** Loan number ▓▓▓▓ and<br>Property Address and Borrower Name<br>**Email:** wire details to Transferfunds@ocwen.com |

NMLS # 1852

DEMAND05BKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

# EXHIBIT

# 6

OCWEN
MSR-PMRC

Payment Reconciliation History

--Run Date/Time--
05/07/2019  06:49

Page 1 of 8

LOAN#: ██████
BORR1: David W Wagner
BORR2:
PROP: 55 Downing St
East Greenwich RI 02818-2223

INVESTOR#: ██████   POOL#: ██████

DATE PAYMENT DUE: 10/01/2016   INTEREST RATE: 4.28465

MAIL: 1200 Reservoir Ave
Cranston RI 02920

PRINCIPAL BAL: 0.00
ESCROW BAL: 0.00

| Check/ Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/ Transaction Date | Description | Amount Applied/ Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/ Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/01/2012 | | | Beginning Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 699,909.93 | 0.00 | 0.00 |
| | 02/04/2013 | 02/04/2013 | | Loan Disbursement | -700,058.48 | -699,909.93 | 0.00 | 0.00 | 0.00 | 1,078.04 | -148.55 | 0.00 | 699,909.93 | 0.00 | 0.00 |
| | 03/01/2013 | 04/02/2013 | 03/20/2013 | Escrow Account Adjustment | -1,075.14 | 0.00 | 0.00 | -1,075.14 | 0.00 | 0.00 | 0.00 | 0.00 | 699,909.93 | -1,075.14 | 0.00 |
| | | | 03/20/2013 | Late Charge Assessment | -269.51 | 0.00 | 0.00 | 0.00 | 0.00 | -269.51 | 0.00 | 0.00 | 699,909.93 | -1,075.14 | 0.00 |
| | | | 03/20/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 699,909.93 | -1,075.14 | 0.00 |
| | 12/01/2012 | 04/02/2013 | | Regular Multiple/Reinstatement | 5,780.32 | 438.21 | 4,053.65 | 1,288.46 | 0.00 | 0.00 | 0.00 | 0.00 | 699,471.72 | 213.32 | 0.00 |
| | 01/01/2013 | 04/02/2013 | | Regular Multiple/Reinstatement | 5,780.32 | 440.75 | 4,051.11 | 1,288.46 | 0.00 | 0.00 | 0.00 | 0.00 | 699,030.97 | 1,501.78 | 0.00 |
| | 02/01/2013 | 04/02/2013 | | Regular Multiple/Reinstatement | 5,780.32 | 443.31 | 4,048.55 | 1,288.46 | 0.00 | 0.00 | 0.00 | 0.00 | 698,587.66 | 2,790.24 | 0.00 |
| | 03/01/2013 | 04/02/2013 | | Regular Multiple/Reinstatement | 5,780.32 | 445.87 | 4,045.99 | 1,288.46 | 0.00 | 0.00 | 0.00 | 0.00 | 698,141.79 | 4,078.70 | 0.00 |
| | 04/01/2013 | 04/02/2013 | | Regular Multiple/Reinstatement | 5,780.32 | 448.46 | 4,043.40 | 1,288.46 | 0.00 | 0.00 | 0.00 | 0.00 | 697,693.33 | 5,367.16 | 0.00 |
| | | | 05/10/2013 | Escrow Payment Received | 0.68 | 0.00 | 0.00 | 0.68 | 0.00 | 0.00 | 0.00 | 0.00 | 697,693.33 | 5,367.84 | 0.00 |
| | 05/01/2013 | 05/10/2013 | | Late Charge Assessment | -269.51 | 0.00 | 0.00 | 0.00 | 0.00 | -269.51 | 0.00 | 0.00 | 697,693.33 | 5,367.84 | 0.00 |
| | | | 05/28/2013 | Tax Disbursement-EAST GREENWIC | -3,128.60 | 0.00 | 0.00 | -3,128.60 | 0.00 | 0.00 | 0.00 | 0.00 | 697,693.33 | 2,239.24 | 0.00 |
| | | | 06/10/2013 | Certified Mail Cost | -6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6.53 | 0.00 | 697,693.33 | 2,239.24 | 0.00 |
| | | | 06/10/2013 | Certified Mail Cost | -6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6.53 | 0.00 | 697,693.33 | 2,239.24 | 0.00 |
| | | | 06/13/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 697,693.33 | 2,239.24 | 0.00 |
| | 06/01/2013 | 01/13/2014 | | Late Charge Assessment | -269.51 | 0.00 | 0.00 | 0.00 | 0.00 | -269.51 | 0.00 | 0.00 | 697,693.33 | 2,239.24 | 0.00 |
| | | | 07/05/2013 | Escrow Refund | -242.97 | 0.00 | 0.00 | -242.97 | 0.00 | 0.00 | 0.00 | 0.00 | 697,693.33 | 1,996.27 | 0.00 |
| | | | 07/05/2013 | Property Valuation | -108.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -108.00 | 0.00 | 697,693.33 | 1,996.27 | 0.00 |
| | | | 07/10/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 697,693.33 | 1,996.27 | 0.00 |
| | 07/07/2013 | 01/13/2014 | | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 697,693.33 | 1,996.27 | 0.00 |
| | | | 08/09/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 697,693.33 | 1,996.27 | 0.00 |
| | 08/01/2013 | 01/13/2014 | | Late Charge Assessment | -269.51 | 0.00 | 0.00 | 0.00 | 0.00 | -269.51 | 0.00 | 0.00 | 697,693.33 | 1,996.27 | 0.00 |
| | | | 08/26/2013 | Tax Disbursement-EAST GREENWIC | -3,221.48 | 0.00 | 0.00 | -3,221.48 | 0.00 | 0.00 | 0.00 | 0.00 | 697,693.33 | -1,225.21 | 0.00 |
| | | | 09/06/2013 | Insurance Disbursement -AMICA | -4,323.00 | 0.00 | 0.00 | -4,323.00 | 0.00 | 0.00 | 0.00 | 0.00 | 697,693.33 | -5,548.21 | 0.00 |
| 1222076 | | | 09/09/2013 | Forbearance Payment | 4,789.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,789.83 | 697,693.33 | -5,548.21 | 4,789.83 |
| | | | 09/10/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 697,693.33 | -5,548.21 | 4,789.83 |
| | 09/01/2013 | 01/13/2014 | | Late Charge Assessment | -269.51 | 0.00 | 0.00 | 0.00 | 0.00 | -269.51 | 0.00 | 0.00 | 697,693.33 | -5,548.21 | 4,789.83 |
| | | | 09/30/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 697,693.33 | -5,548.21 | 4,789.83 |
| | 10/01/2013 | 01/13/2014 | | Late Charge Assessment | -269.51 | 0.00 | 0.00 | 0.00 | 0.00 | -269.51 | 0.00 | 0.00 | 697,693.33 | -5,548.21 | 4,789.83 |
| | | | 10/31/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 697,693.33 | -5,548.21 | 4,789.83 |
| | 11/01/2013 | 01/13/2014 | | Late Charge Assessment | -269.51 | 0.00 | 0.00 | 0.00 | 0.00 | -269.51 | 0.00 | 0.00 | 697,693.33 | -5,548.21 | 4,789.83 |
| | | | 11/22/2013 | Tax Disbursement-EAST GREENWIC | -3,221.45 | 0.00 | 0.00 | -3,221.45 | 0.00 | 0.00 | 0.00 | 0.00 | 697,693.33 | -8,769.66 | 4,789.83 |
| | | | 12/06/2013 | Suspense Transfer | -4,789.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -4,789.83 | 697,693.33 | -8,769.66 | 0.00 |
| | | | 12/06/2013 | Suspense Transfer | 4,789.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,789.83 | 697,693.33 | -8,769.66 | 4,789.83 |
| | | | 12/09/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 697,693.33 | -8,769.66 | 4,789.83 |
| | | | 12/12/2013 | Interest on Escrow Account | 0.68 | 0.00 | 0.00 | 0.68 | 0.00 | 0.00 | 0.00 | 0.00 | 697,693.33 | -8,768.98 | 4,789.83 |
| | | | 12/12/2013 | Escrow Account Adjustment | -0.68 | 0.00 | 0.00 | -0.68 | 0.00 | 0.00 | 0.00 | 0.00 | 697,693.33 | -8,769.66 | 4,789.83 |
| | | | 10/31/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 697,693.33 | -8,769.66 | 4,789.83 |
| | 12/01/2013 | 01/13/2014 | | Late Charge Assessment | -269.51 | 0.00 | 0.00 | 0.00 | 0.00 | -269.51 | 0.00 | 0.00 | 697,693.33 | -8,769.66 | 4,789.83 |
| 1075 | | | 12/30/2013 | Forbearance Payment | 4,241.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,241.59 | 697,693.33 | -8,769.66 | 9,031.42 |
| 1075 | | | 12/30/2013 | AlphTam Suspense Adjustment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 697,693.33 | -8,769.66 | 9,031.42 |

OCHN
HSX-PHRC

Payment Reconciliation History

--Run Date/Time--
05/07/2019  06:49

LOAN#: ▉
BORR1: David W Wagner
BORR2:
PROP: 55 Downing St
East Greenwich RI 02818-2223

INVESTOR#: ▉   POOL#: ▉

MAIL: 1200 Reservoir Ave
Cranston RI 02920

DATE PAYMENT DUE: 10/01/2016    INTEREST RATE: 4.28485

PRINCIPAL BAL: 0.00
ESCROW BAL: 0.00

| Check/ Ref. Number | Date Payment Received | Date Due | Date Assessed/ Transaction Date | Description | Amount Applied/ Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/ Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05/01/2013 | | 12/30/2013 | Payment | 0.00 | 451.05 | 4,040.81 | 1,282.01 | 0.00 | 0.00 | 0.00 | -5,773.87 | 697,242.28 | -7,487.65 | 3,257.55 |
| | | | 12/31/2013 | Interest on Escrow Account | 0.67 | 0.00 | 0.00 | 0.67 | 0.00 | 0.00 | 0.00 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 12/31/2013 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 01/13/2014 | Property Inspection Fee | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 01/13/2014 | Property Valuation | 108.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108.00 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 01/13/2014 | Property Inspection Fee | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 01/13/2014 | Prior Servicer Fees | 148.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 148.55 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 01/13/2014 | Property Inspection Fee | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 01/13/2014 | Property Inspection Fee | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 01/13/2014 | Property Inspection Fee | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 01/13/2014 | Property Inspection Fee | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 01/13/2014 | Property Inspection Fee | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 01/13/2014 | Certified Mail Cost | 6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.53 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 01/13/2014 | Certified Mail Cost | 6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.53 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 01/13/2014 | Property Inspection Fee | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 0.00 | 697,242.28 | -7,486.98 | 3,257.55 |
| | | | 01/13/2014 | Suspense Transfer | -3,257.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,257.55 | 697,242.28 | -7,486.98 | 0.00 |
| | | | 01/13/2014 | Escrow Account Adjustment | 3,257.55 | 0.00 | 0.00 | 3,257.55 | 0.00 | 0.00 | 0.00 | 0.00 | 697,242.28 | -4,229.43 | 0.00 |
| | | | 01/13/2014 | Late Charge Waived | 3,503.63 | 0.00 | 0.00 | 0.00 | 0.00 | 1,503.61 | 0.00 | 0.00 | 697,242.28 | -4,229.43 | 0.00 |
| | 06/01/2013 | | 01/13/2014 | Payment | 5,773.87 | 453.67 | 4,038.19 | 1,282.01 | 0.00 | 0.00 | 0.00 | 0.00 | 696,788.61 | -2,947.42 | 0.00 |
| | 07/01/2013 | | 01/13/2014 | Payment | 5,773.87 | 456.29 | 4,035.57 | 1,282.01 | 0.00 | 0.00 | 0.00 | 0.00 | 696,332.32 | -1,665.41 | 0.00 |
| | 08/01/2013 | | 01/13/2014 | Payment | 5,773.87 | 458.94 | 4,032.92 | 1,282.01 | 0.00 | 0.00 | 0.00 | 0.00 | 695,873.38 | -383.40 | 0.00 |
| | 09/01/2013 | | 01/13/2014 | Payment | 5,773.87 | 461.59 | 4,030.27 | 1,282.01 | 0.00 | 0.00 | 0.00 | 0.00 | 695,411.79 | 898.61 | 0.00 |
| | 10/01/2013 | | 01/13/2014 | Payment | 5,773.87 | 464.27 | 4,027.59 | 1,282.01 | 0.00 | 0.00 | 0.00 | 0.00 | 694,947.52 | 2,180.62 | 0.00 |
| | 11/01/2013 | | 01/13/2014 | Payment | 5,773.87 | 466.96 | 4,024.90 | 1,282.01 | 0.00 | 0.00 | 0.00 | 0.00 | 694,480.56 | 3,462.63 | 0.00 |
| | 12/01/2013 | | 01/13/2014 | Payment | 5,773.87 | 469.66 | 4,022.20 | 1,282.01 | 0.00 | 0.00 | 0.00 | 0.00 | 694,010.90 | 4,744.64 | 0.00 |
| | 01/01/2014 | | 01/13/2014 | Payment | 5,773.87 | 472.38 | 4,019.48 | 1,282.01 | 0.00 | 0.00 | 0.00 | 0.00 | 693,538.52 | 6,026.65 | 0.00 |
| | | | 01/13/2014 | Escrow Account Adjustment | -4,990.93 | 0.00 | 0.00 | -4,990.93 | 0.00 | 0.00 | 0.00 | 0.00 | 693,538.52 | 1,035.72 | 0.00 |
| | | | 01/13/2014 | Principal Balance Adjustment | 45,803.59 | 45,803.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 647,734.93 | 1,035.72 | 0.00 |
| | | | 01/13/2014 | Shared Waive Adjustment | -90,960.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 647,734.93 | 1,035.72 | 0.00 |
| | | | 04/29/2014 | Property Inspection Fee | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 0.00 | 647,734.93 | 1,035.72 | 0.00 |
| 1361544 | 02/01/2014 | | 02/29/2014 | Payment | 4,241.59 | 510.13 | 2,312.87 | 1,418.59 | 0.00 | 0.00 | 0.00 | 0.00 | 647,224.80 | 2,454.31 | 0.00 |
| | | | 01/29/2014 | Property Inspection Fee | -10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -10.50 | 0.00 | 647,224.80 | 2,454.31 | 0.00 |
| | | | 02/24/2014 | Tax Disbursement-EAST GREENWIC | -3,221.45 | 0.00 | 0.00 | -3,221.45 | 0.00 | 0.00 | 0.00 | 0.00 | 647,224.80 | -767.14 | 0.00 |
| | | | 03/10/2014 | Property Inspection Fee | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 0.00 | 647,224.80 | -767.14 | 0.00 |
| 1406699 | 03/01/2014 | | 03/10/2014 | Payment | 4,241.59 | 511.95 | 2,311.05 | 1,418.59 | 0.00 | 0.00 | 0.00 | 0.00 | 646,712.85 | 651.45 | 0.00 |
| | | | 03/09/2014 | Late Charge Assessment | 169.38 | 0.00 | 0.00 | 0.00 | 0.00 | 169.38 | 0.00 | 0.00 | 646,712.85 | 651.45 | 0.00 |
| 1458692 | 04/01/2014 | | 04/23/2014 | Payment | 4,410.97 | 513.78 | 2,309.22 | 1,418.59 | 0.00 | 169.38 | 0.00 | 0.00 | 646,199.07 | 2,070.04 | 0.00 |
| | | | 05/15/2014 | Shared Waive Adjustment | 95.36 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 646,199.07 | 2,070.04 | 0.00 |
| 1489250 | 05/01/2014 | | 05/19/2014 | Payment | 4,241.59 | 515.61 | 2,307.39 | 1,418.59 | 0.00 | 0.00 | 0.00 | 0.00 | 645,683.46 | 3,488.63 | 0.00 |
| | | | 05/21/2014 | Tax Disbursement-EAST GREENWIC | -3,221.45 | 0.00 | 0.00 | -3,221.45 | 0.00 | 0.00 | 0.00 | 0.00 | 645,683.46 | 267.18 | 0.00 |

OCWEN
MSR-PRRC

Payment Reconciliation History

--Run Date/Time--
05/07/2019   06:49

LOAN#: [redacted]
BORR1: David W Wagner
BORR2:
PROP: 55 Downing St
East Greenwich RI 02818-2223

INVESTOR#: [redacted]     POOL#: [redacted]

MAIL: 1200 Reservoir Ave
Cranston RI 02920

DATE PAYMENT DUE: 10/01/2016     INTEREST RATE: 4.28485

PRINCIPAL BAL: 0.00
ESCROW BAL: 0.00

| Check/Ref. Number | Date Payment Received | Date Payment Due | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1536891 | 06/01/2014 | 07/03/2014 |  | Payment | 4,241.59 | 517.45 | 2,305.55 | 1,418.59 | 0.00 | 0.00 | 0.00 | 0.00 | 645,166.01 | 1,685.77 | 0.00 |
| 1573978 | 07/01/2014 | 08/12/2014 |  | Payment | 4,241.59 | 519.30 | 2,303.70 | 1,418.59 | 0.00 | 0.00 | 0.00 | 0.00 | 644,646.71 | 3,104.36 | 0.00 |
| 1620369 | 08/01/2014 | 09/19/2014 | 08/27/2014 | Tax Disbursement-EAST GREENWIC | -3,272.10 | 0.00 | 0.00 | -3,272.10 | 0.00 | 0.00 | 0.00 | 0.00 | 644,646.71 | -167.74 | 0.00 |
|  |  |  | 09/25/2014 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 644,646.71 | -167.74 | 0.00 |
| 1635617 | 09/01/2014 | 10/07/2014 |  | Payment | 4,241.59 | 521.15 | 2,301.85 | 1,418.59 | 0.00 | 0.00 | 0.00 | 0.00 | 644,125.56 | 1,250.85 | 0.00 |
|  |  |  | 10/16/2014 | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 644,125.56 | 1,250.85 | 0.00 |
|  |  |  | 10/09/2014 | Insurance disbursement -AMICA | -4,813.00 | 0.00 | 0.00 | -4,813.00 | 0.00 | 0.00 | 0.00 | 0.00 | 644,125.56 | -2,143.56 | 0.00 |
| 1649982 | 10/01/2014 | 10/16/2014 |  | Payment | 4,241.59 | 524.88 | 2,298.12 | 1,418.59 | 0.00 | 0.00 | 0.00 | 0.00 | 643,602.54 | -724.97 | 0.00 |
| 1657012 | 11/01/2014 | 10/22/2014 |  | Payment | 4,241.59 | 526.76 | 2,296.24 | 1,418.59 | 0.00 | 0.00 | 0.00 | 0.00 | 643,077.66 | 693.62 | 0.00 |
|  |  |  | 11/26/2014 | Tax Disbursement-EAST GREENWIC | -3,272.10 | 0.00 | 0.00 | -3,272.10 | 0.00 | 0.00 | 0.00 | 0.00 | 643,077.66 | -2,578.48 | 0.00 |
|  |  |  | 12/31/2014 | Interest on Escrow Account | 0.47 | 0.00 | 0.00 | 0.47 | 0.00 | 0.00 | 0.00 | 0.00 | 643,077.66 | -2,578.01 | 0.00 |
|  |  |  | 01/27/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 643,077.66 | -2,578.01 | 0.00 |
|  |  |  | 01/27/2015 | Certified Mail Cost | -6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6.53 | 0.00 | 643,077.66 | -2,578.01 | 0.00 |
|  |  |  | 01/27/2015 | Certified Mail Cost | -6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6.53 | 0.00 | 643,077.66 | -2,578.01 | 0.00 |
|  |  |  | 01/30/2015 | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 643,077.66 | -2,578.01 | 0.00 |
| 1771803 | 12/01/2014 | 01/30/2015 |  | Payment | 4,261.28 | 528.64 | 2,294.36 | 1,438.28 | 0.00 | 0.00 | 0.00 | 0.00 | 642,550.90 | -1,139.73 | 0.00 |
| 1771803 | 01/01/2015 | 01/30/2015 |  | Payment | 4,261.28 | 530.53 | 2,292.47 | 1,438.28 | 0.00 | 0.00 | 0.00 | 0.00 | 642,022.26 | 298.55 | 0.00 |
|  |  |  | 02/24/2015 | Shared Waiver Adjustment | 30,224.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 642,022.26 | 298.55 | 0.00 |
|  |  |  | 02/25/2015 | Tax Disbursement-EAST GREENWIC | -3,272.10 | 0.00 | 0.00 | -3,272.10 | 0.00 | 0.00 | 0.00 | 0.00 | 642,022.26 | -2,973.15 | 0.00 |
|  |  |  | 03/24/2015 | Certified Mail Cost | -6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6.53 | 0.00 | 642,022.26 | -2,973.15 | 0.00 |
|  |  |  | 04/03/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 642,022.26 | -2,973.15 | 0.00 |
|  |  |  | 04/18/2015 | Certified Mail Cost | 6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.53 | 0.00 | 642,022.26 | -2,973.15 | 0.00 |
|  |  |  | 04/18/2015 | Certified Mail Cost | 6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.53 | 0.00 | 642,022.26 | -2,973.15 | 0.00 |
|  |  |  | 04/18/2015 | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 642,022.26 | -2,973.15 | 0.00 |
| 1879077 | 02/01/2015 | 04/18/2015 |  | Payment | 4,261.28 | 532.42 | 2,290.58 | 1,438.28 | 0.00 | 0.00 | 0.00 | 0.00 | 641,491.73 | -1,535.27 | 0.00 |
| 1879077 | 03/01/2015 | 04/18/2015 |  | Payment | 4,261.28 | 534.32 | 2,288.68 | 1,438.28 | 0.00 | 0.00 | 0.00 | 0.00 | 640,959.31 | -96.99 | 0.00 |
| 1879077 | 04/01/2015 | 04/18/2015 |  | Payment | 4,261.28 | 536.23 | 2,286.77 | 1,438.28 | 0.00 | 0.00 | 0.00 | 0.00 | 640,424.99 | 1,341.29 | 0.00 |
|  |  |  | 04/27/2015 | Property Valuation | -100.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -100.00 | 0.00 | 640,424.99 | 1,341.29 | 0.00 |
|  |  |  | 04/29/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 640,424.99 | 1,341.29 | 0.00 |
|  |  |  | 05/19/2015 | Property Valuation | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 640,424.99 | 1,341.29 | 0.00 |
| 1932693 | 05/01/2015 | 05/19/2015 |  | Payment | 4,261.28 | 538.14 | 2,284.86 | 1,438.28 | 0.00 | 0.00 | 0.00 | 0.00 | 639,888.76 | 2,779.57 | 0.00 |
|  |  |  | 05/28/2015 | Tax Disbursement-EAST GREENWIC | -3,272.10 | 0.00 | 0.00 | -3,272.10 | 0.00 | 0.00 | 0.00 | 0.00 | 639,888.76 | -492.53 | 0.00 |
|  |  |  | 06/01/2015 | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 639,888.76 | -492.53 | 0.00 |
| 1960792 | 06/01/2015 | 07/15/2015 |  | Payment | 4,261.28 | 540.07 | 2,282.93 | 1,438.28 | 0.00 | 0.00 | 0.00 | 0.00 | 639,350.62 | 945.75 | 0.00 |
|  |  |  | 07/27/2015 | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 639,350.62 | 945.75 | 0.00 |
|  |  |  | 07/27/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 639,350.62 | 945.75 | 0.00 |
|  | 08/01/2015 |  | 10/05/2015 | Certified Mail Cost | -6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6.53 | 0.00 | 639,350.62 | 945.75 | 0.00 |
|  |  |  | 08/24/2015 | Tax Disbursement-EAST GREENWIC | -3,328.24 | 0.00 | 0.00 | -3,328.24 | 0.00 | 0.00 | 0.00 | 0.00 | 638,810.55 | -2,382.49 | 0.00 |

Page 4 of 8

```
OCWEN                                                    Payment Reconciliation History                                              --Run Date/Time--
MSX-PMRC                                                                                                                             05/07/2019  06:49

LOAN#:  [REDACTED]          INVESTOR#: [REDACTED]   POOL#: [REDACTED]   DATE PAYMENT DUE: 10/01/2016   INTEREST RATE: 4.28485   PRINCIPAL BAL:  0.00
BORR1: David W Wagner                                                                                                             ESCROW BAL:    0.00
BORR2:
PROP:  55 Downing St                                                              MAIL: 1200 Reservoir Ave
       East Greenwich RI 02818-2223                                                     Cranston RI 02920
```

| Check#/ Ref. Number | Date Payment Received | Payment Transaction Date | Date Due | Date Assessed/ Transaction Date | Description | Amount Applied/ Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/ Other Charges (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 08/25/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 638,810.55 | 0.00 | 0.00 |
| | | | | 08/31/2015 | Insurance Disbursement -ANICA | -5,232.00 | 0.00 | 0.00 | -5,232.00 | 0.00 | 0.00 | 0.00 | 0.00 | 638,810.55 | -7,634.49 | 0.00 |
| 2024931 | 07/01/2015 | 09/04/2015 | | | Payment | 4,261.28 | 541.99 | 2,281.01 | 1,438.28 | 0.00 | 0.00 | 0.00 | 0.00 | 638,268.56 | -6,176.21 | 0.00 |
| | | | | 09/22/2015 | certified mail cost | -6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6.53 | 0.00 | 638,268.56 | -6,176.21 | 0.00 |
| | | | | 09/25/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 638,268.56 | -6,176.21 | 0.00 |
| 2055980 | 08/01/2015 | 10/05/2015 | | | Payment | 4,261.28 | 543.93 | 2,279.07 | 1,438.28 | 0.00 | 0.00 | 0.00 | 0.00 | 637,724.63 | -4,737.93 | 0.00 |
| | | | | 10/23/2015 | certified mail cost | -6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6.53 | 0.00 | 637,724.63 | 0.00 | 0.00 |
| | | | | 10/26/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 637,724.63 | 0.00 | 0.00 |
| | 11/01/2015 | 05/16/2016 | | | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 637,724.63 | 0.00 | 0.00 |
| | | | | 11/23/2015 | Tax Disbursement-EAST GREENWIC | -3,328.22 | 0.00 | 0.00 | -3,328.22 | 0.00 | 0.00 | 0.00 | 0.00 | 637,724.63 | -8,066.15 | 0.00 |
| 2105629 | 09/01/2015 | 11/24/2015 | | | Payment | 4,430.66 | 545.87 | 2,277.13 | 1,438.28 | 0.00 | 169.38 | 0.00 | 0.00 | 637,178.76 | -6,627.87 | 0.00 |
| | | | | 11/24/2015 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 637,178.76 | -6,627.87 | 0.00 |
| | | | | 11/25/2015 | Certified Mail Cost | -6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -6.53 | 0.00 | 637,178.76 | -6,627.87 | 0.00 |
| | 12/01/2015 | 05/16/2016 | | | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 637,178.76 | -6,627.72 | 0.00 |
| | | | | 12/31/2015 | Interest on Escrow Account | 0.15 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 637,178.76 | -6,627.72 | 0.00 |
| | | | | 01/04/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 637,178.76 | -6,627.72 | 0.00 |
| | | | | 01/13/2016 | Title Report Fee | -282.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -282.00 | 0.00 | 637,178.76 | 0.00 | 0.00 |
| | 01/01/2016 | 05/16/2016 | | | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 637,178.76 | 0.00 | 0.00 |
| | | | | 01/29/2016 | Payment Returned | 13,611.87 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 637,178.76 | -6,627.72 | 0.00 |
| | | | | 02/05/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 637,178.76 | -6,627.72 | 0.00 |
| | 02/01/2016 | 05/16/2016 | | | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 637,178.76 | -6,627.72 | 0.00 |
| | | | | 02/22/2016 | Tax Disbursement-EAST GREENWIC | -3,328.22 | 0.00 | 0.00 | -3,328.22 | 0.00 | 0.00 | 0.00 | 0.00 | 637,178.76 | -9,955.94 | 0.00 |
| | | | | 02/29/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 637,178.76 | 0.00 | 0.00 |
| | 03/01/2016 | 05/16/2016 | | | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 637,178.76 | 0.00 | 0.00 |
| | 04/01/2016 | 05/16/2016 | | | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 637,178.76 | 0.00 | 0.00 |
| | | | | 04/04/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 637,178.76 | 0.00 | 0.00 |
| | 05/01/2016 | 05/16/2016 | | | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 637,178.76 | 0.00 | 0.00 |
| | | | | 05/02/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 637,178.76 | 0.00 | 0.00 |
| | 10/01/2015 | 05/16/2016 | | | Regular Multiple/Reinstatement | 4,261.28 | 547.82 | 2,275.18 | 1,438.28 | 0.00 | 0.00 | 0.00 | 0.00 | 636,630.94 | -8,517.66 | 0.00 |
| | 11/01/2015 | 05/16/2016 | | | Regular Multiple/Reinstatement | 4,261.28 | 549.78 | 2,273.22 | 1,438.28 | 0.00 | 0.00 | 0.00 | 0.00 | 636,081.16 | -7,079.38 | 0.00 |
| | 12/01/2015 | 05/16/2016 | | | Regular Multiple/Reinstatement | 4,990.80 | 551.74 | 2,271.26 | 1,667.80 | 0.00 | 0.00 | 0.00 | 0.00 | 635,529.42 | -5,411.58 | 0.00 |
| | 01/01/2016 | 05/16/2016 | | | Regular Multiple/Reinstatement | 4,990.80 | 553.71 | 2,269.29 | 1,667.80 | 0.00 | 0.00 | 0.00 | 0.00 | 634,975.71 | -3,743.78 | 0.00 |
| | 02/01/2016 | 05/16/2016 | | | Regular Multiple/Reinstatement | 4,990.80 | 555.69 | 2,267.31 | 1,667.80 | 0.00 | 0.00 | 0.00 | 0.00 | 634,420.02 | -2,075.98 | 0.00 |
| | 03/01/2016 | 05/16/2016 | | | Regular Multiple/Reinstatement | 4,990.80 | 557.67 | 2,265.33 | 1,667.80 | 0.00 | 0.00 | 0.00 | 0.00 | 633,862.35 | -408.18 | 0.00 |
| | 04/01/2016 | 05/16/2016 | | | Regular Multiple/Reinstatement | 4,990.80 | 559.66 | 2,263.34 | 1,667.80 | 0.00 | 0.00 | 0.00 | 0.00 | 633,302.69 | 1,259.62 | 0.00 |
| | 05/01/2016 | 05/16/2016 | | | Regular Multiple/Reinstatement | 4,990.80 | 561.66 | 2,261.34 | 1,667.80 | 0.00 | 0.00 | 0.00 | 0.00 | 632,741.03 | 2,927.42 | 0.00 |
| | | | | 05/23/2016 | Tax Disbursement-EAST GREENWIC | -3,328.22 | 0.00 | 0.00 | -3,328.22 | 0.00 | 0.00 | 0.00 | 0.00 | 632,741.03 | -400.80 | 0.00 |
| | 06/01/2016 | 08/09/2016 | | | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 632,741.03 | -400.80 | 0.00 |
| | 07/01/2016 | 08/09/2016 | | | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 632,741.03 | 0.00 | 0.00 |
| | | | | 07/20/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 632,177.36 | 1,267.00 | 0.00 |
| 2349304 | 06/01/2016 | 08/09/2016 | | | Payment | 6,286.46 | 563.67 | 2,259.33 | 1,667.80 | 0.00 | 0.00 | 0.00 | 1,795.66 | 632,177.36 | 1,267.00 | 1,795.66 |

OCWEN
MSR-PMRC

Payment Reconciliation History

--Run Date/Time--
05/07/2019  06:49

LOAN#: ...
BORR1: David W Wagner
BORR2:
PROP: 55 Downing St
East Greenwich RI 02818-2223

INVESTOR#: ...   POOL#: ...

DATE PAYMENT DUE: 10/01/2016   INTEREST RATE: 4.28485

PRINCIPAL BAL: 0.00
ESCROW BAL: 0.00

MAIL: 1200 Reservoir Ave
Cranston RI 02920

Page 5 of 8

| Check/ Ref. Number | Date Payment Received | Payment Due | Date Assessed/ Transaction Date | Description | Amount Applied/ Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/ Other Charges (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 08/23/2016 08/31/2016 | Tax Disbursement-EAST GREENWIC | -3,668.93 | 0.00 | 0.00 | -3,668.93 | 0.00 | 0.00 | 0.00 | 0.00 | 632,177.36 | -2,401.93 | 1,795.66 |
| | | | 08/29/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 632,177.36 | 0.00 | 1,795.66 |
| 237226 | 07/01/2016 | 08/31/2016 | | Payment | 4,490.80 | 565.68 | 2,257.32 | 1,667.80 | 0.00 | 0.00 | 0.00 | 0.00 | 631,611.68 | -734.13 | 1,795.66 |
| | 07/01/2016 | 09/08/2016 | | Payment Reversal | -4,490.80 | -565.68 | -2,257.32 | -1,667.80 | 0.00 | 0.00 | 0.00 | 0.00 | 632,177.36 | -2,401.93 | 1,795.66 |
| | | 09/08/2016 | | Payment Returned | -4,490.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,401.93 | 1,795.66 |
| | 09/03/2016 | 09/30/2016 | | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 238767 | 07/01/2016 | 09/18/2016 | | Payment | 4,490.80 | 565.68 | 2,257.32 | 1,667.80 | 0.00 | 0.00 | 0.00 | 0.00 | 631,611.68 | -734.13 | 1,795.66 |
| 238951 | 08/01/2016 | 09/20/2016 | | Payment | 567.70 | 567.70 | 2,255.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 631,043.98 | 933.67 | 1,795.66 |
| | | | 09/28/2016 | Insurance Disbursement -AMICA | -6,018.00 | 0.00 | 0.00 | -6,018.00 | 0.00 | 0.00 | 0.00 | 0.00 | 631,043.98 | -5,084.33 | 1,795.66 |
| | | | 09/30/2016 | Certified Mail Cost | 6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.53 | 0.00 | 631,043.98 | -5,084.33 | 1,795.66 |
| | | | 09/30/2016 | Certified Mail Cost | 6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.53 | 0.00 | 631,043.98 | -5,084.33 | 1,795.66 |
| | | | 09/30/2016 | Title Report Fee | 63.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 63.76 | 0.00 | 631,043.98 | -5,084.33 | 1,795.66 |
| | | | 09/30/2016 | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.25 | 0.00 | 631,043.98 | -5,084.33 | 1,795.66 |
| | | | 09/30/2016 | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 631,043.98 | -5,084.33 | 1,795.66 |
| | | | 09/30/2016 | Certified Mail Cost | 6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.53 | 0.00 | 631,043.98 | -5,084.33 | 1,795.66 |
| | | | 09/30/2016 | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 631,043.98 | -5,084.33 | 1,795.66 |
| | | | 09/30/2016 | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 631,043.98 | -5,084.33 | 1,795.66 |
| | | | 09/30/2016 | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 631,043.98 | -5,084.33 | 1,795.66 |
| | | | 09/30/2016 | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 631,043.98 | -5,084.33 | 1,795.66 |
| | | 09/30/2016 | 09/30/2016 | Certified Mail Cost | 6.53 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.53 | 0.00 | 631,043.98 | -5,084.33 | 1,795.66 |
| 239769 | 09/30/2016 | | | Payment | 2,699.14 | 569.73 | 2,353.11 | 1,667.80 | 0.00 | 0.00 | 0.00 | -1,795.66 | 630,474.25 | -3,416.55 | 0.00 |
| | | | 10/01/2016 | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 11/24/2016 | Tax Disbursement-EAST GREENWIC | -3,668.90 | 0.00 | 0.00 | -3,668.90 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -7,085.43 | 0.00 |
| | | | 11/01/2016 | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/05/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/01/2016 | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/28/2016 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 12/31/2016 | Interest on Escrow Account | 0.06 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -7,085.37 | 0.00 |
| | | | 01/01/2017 | Late Charge Assessment | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/08/2017 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/15/2017 | Property Valuation | -85.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -85.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 02/17/2017 | Tax Disbursement-EAST GREENWIC | -3,668.90 | 0.00 | 0.00 | -3,668.90 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -10,754.27 | 0.00 |
| | | | 02/28/2017 | Title Report Fee | -282.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -282.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 03/07/2017 | | | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 03/07/2017 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 630,474.25 | -10,754.27 | 0.00 |
| | | | 04/19/2017 | Property Inspection Fee | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -13.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/02/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 05/24/2017 | Tax Disbursement-EAST GREENWIC | -3,668.90 | 0.00 | 0.00 | -3,668.90 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -14,423.17 | 0.00 |
| | 05/26/2017 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -14,423.17 | 0.00 |
| | 05/30/2017 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -14,423.17 | 0.00 |
| | | | 06/05/2017 | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 630,474.25 | -14,423.17 | 0.00 |

OCWEN
MSX-PRRC

Payment Reconciliation History

--Run Date/Time--
05/07/2019  06:49

LOAN# ███████  BORR1: David W Wagner
BORR2:
PROP: 55 Downing St
East Greenwich RI 02818-2223

INVESTOR# ███  POOL# ███

DATE PAYMENT DUE: 10/01/2016   INTEREST RATE: 4.2845%

MAIL: 1200 Reservoir Ave
Cranston RI 02920

PRINCIPAL BAL:  0.00
ESCROW BAL:  0.00

| Check#/Ref. Number | Date Payment Received | Date Payment Due | Date Assessed/ Transaction Date | Description | Amount Applied/ Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Other/Other Fees Charges Description | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 06/27/2017 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -14,423.17 | 0.00 |
| | 06/29/2017 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -14,423.17 | 0.00 |
| | 07/18/2017 | | | FC Thru Title Searches | -517.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -517.50 | 0.00 | 630,474.25 | -14,423.17 | 0.00 |
| | 07/28/2017 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -14,423.17 | 0.00 |
| | 08/22/2017 | | | Tax Disbursement-EAST GREENWIC | -3,603.44 | 0.00 | 0.00 | -3,603.44 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -18,026.61 | 0.00 |
| | 08/29/2017 | | | Insurance Disbursement -AMICA | -6,850.00 | 0.00 | 0.00 | -6,850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -24,876.61 | 0.00 |
| | 09/19/2017 | | | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 630,474.25 | -24,876.61 | 0.00 |
| | 10/24/2017 | | | Late Charge Waived | 169.38 | 0.00 | 0.00 | 0.00 | 0.00 | 169.38 | 0.00 | 0.00 | 630,474.25 | -24,876.61 | 0.00 |
| | 10/31/2017 | | | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 630,474.25 | 0.00 | 0.00 |
| | 11/21/2017 | | | Tax Disbursement-EAST GREENWIC | -3,603.41 | 0.00 | 0.00 | -3,603.41 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -28,480.02 | 0.00 |
| | 11/21/2017 | | | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 630,474.25 | -28,480.02 | 0.00 |
| | 12/29/2017 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -28,480.02 | 0.00 |
| | 01/03/2018 | | | Property Inspection Fee | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 630,474.25 | 0.00 | 0.00 |
| | 01/09/2018 | | | Statutory Mailings | -42.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -42.29 | 0.00 | 630,474.25 | 0.00 | 0.00 |
| | 01/09/2018 | | | Skip Trace/Search | -5.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 01/09/2018 | | | Sale Publication | -548.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -548.21 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 01/11/2018 | | | FC Thru Judgment | -948.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -948.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 01/28/2018 | | | Bankruptcy Escrow Adjustment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -28,480.02 | 0.00 |
| | 01/24/2018 | | | Sale Publication | -1,096.41 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,096.41 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 01/24/2018 | | | Selling Officer/Sheriff Cancel | -857.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -857.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 01/24/2018 | | | Skip Trace/Search | -5.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.30 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 01/24/2018 | | | Statutory Mailings | -15.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -15.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 02/02/2018 | | | FC Thru Judgment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | 0.00 | 0.00 |
| | | 03/06/2018 | | Investor Billable Exp Payment | -3,603.41 | 0.00 | 0.00 | -3,603.41 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -32,083.43 | 0.00 |
| | | 03/06/2018 | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -32,083.43 | 0.00 |
| | | 03/06/2018 | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -32,083.43 | 0.00 |
| | | 03/06/2018 | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -32,083.43 | 0.00 |
| | 03/14/2018 | | | Bankruptcy Escrow Adjustment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -32,083.43 | 0.00 |
| | | 03/01/2018 | 03/20/2018 | Motion for Relief | 169.38 | 0.00 | 0.00 | 0.00 | 0.00 | -169.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 03/20/2018 | Motion for Relief | -750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -750.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 03/20/2018 | Motion for Relief Filing Costs | -181.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -181.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 03/28/2018 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -32,083.43 | 0.00 |
| | 04/11/2018 | | | Title Report | -282.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -282.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 04/27/2018 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -32,083.43 | 0.00 |
| | 04/27/2018 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -32,083.43 | 0.00 |
| | 04/27/2018 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -32,083.43 | 0.00 |
| | 04/27/2018 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -32,083.43 | 0.00 |
| | 05/08/2018 | | | Property Valuation | -85.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -85.00 | 0.00 | 630,474.25 | -32,083.43 | 0.00 |
| | 05/16/2018 | | | FC Thru Judgment | -1,721.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,721.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 05/17/2018 | | | Sale Publication | -564.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -564.21 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 05/17/2018 | | | Skip Trace/Search | -5.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.46 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 05/17/2018 | | | Statutory Mailings | -60.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -60.04 | 0.00 | 0.00 | 0.00 | 0.00 |

OCWEN
NSX-PNMC

Payment Reconciliation History

--Run Date/Time--
05/07/2019  06:49

Page 7 of 8

LOAN#: ██████████
BORR1: David W Wagner
BORR2:
PROP: 55 Downing St
East Greenwich RI 02818-2223

INVESTOR# ████   POOL# ████

MAIL: 1200 Reservoir Ave
Cranston RI 02920

DATE PAYMENT DUE: 10/01/2016   INTEREST RATE: 4.28485

PRINCIPAL BAL: 0.00
ESCROW BAL: 0.00

| Check#/ Ref. Number | Date Payment Received | Date Payment Due | Date Assessed/ Transaction Date | Description | Amount Applied/ Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/ Other Charges (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05/18/2018 | | | Tax Disbursement-EAST GREENC | -3,603.41 | 0.00 | 0.00 | -3,603.41 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -35,686.84 | 0.00 |
| | 05/30/2018 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -35,686.84 | 0.00 |
| | 05/30/2018 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -35,686.84 | 0.00 |
| | 05/30/2018 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -35,686.84 | 0.00 |
| | 06/05/2018 | | | Selling Officer/Sheriff Cancel | -659.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -659.00 | 0.00 | 630,474.25 | 0.00 | 0.00 |
| | 06/13/2018 | | | Sale Publication | -1,128.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1,128.43 | 0.00 | 630,474.25 | 0.00 | 0.00 |
| | 07/27/2018 | | | Transaction History Fee | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 630,474.25 | -35,686.84 | 0.00 |
| | 07/27/2018 | | | Transaction History Fee | -5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.00 | 0.00 | 630,474.25 | -35,686.84 | 0.00 |
| | 07/31/2018 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -35,686.84 | 0.00 |
| | 08/13/2018 | | | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 630,474.25 | 0.00 | 0.00 |
| | 08/27/2018 | | | Tax Disbursement-EAST GREENC | -3,667.94 | 0.00 | 0.00 | -3,667.94 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -39,354.78 | 0.00 |
| | 09/11/2018 | | | Insurance Disbursement -AMICA | -8,179.00 | 0.00 | 0.00 | -8,179.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -47,533.78 | 0.00 |
| | 10/30/2018 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -47,533.78 | 0.00 |
| | 11/19/2018 | | | Tax Disbursement-EAST GREENC | -3,667.92 | 0.00 | 0.00 | -3,667.92 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -51,201.70 | 0.00 |
| | 11/20/2018 | | | Transaction History Fee | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 630,474.25 | -51,201.70 | 0.00 |
| | 11/20/2018 | | | Transaction History Fee | -5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.00 | 0.00 | 630,474.25 | -51,201.70 | 0.00 |
| | 11/21/2018 | | | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 630,474.25 | 0.00 | 0.00 |
| | 11/28/2018 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -51,201.70 | 0.00 |
| | 12/20/2018 | | | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 630,474.25 | -51,201.70 | 0.00 |
| | 12/27/2018 | | | Investor Billable Exp Payment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -51,201.70 | 0.00 |
| | 01/24/2019 | | | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 630,474.25 | 0.00 | 0.00 |
| | 02/07/2019 | | | Tax Disbursement-EAST GREENC | -3,667.92 | 0.00 | 0.00 | -3,667.92 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 02/28/2019 | | | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 630,474.25 | 0.00 | 0.00 |
| | 04/02/2019 | | | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 630,474.25 | 0.00 | 0.00 |
| | 04/24/2019 | | | Property Inspection | -14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -14.50 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | Sale Publication | 1,128.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,128.43 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | Statutory Mailings | 15.78 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.78 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | Statutory Mailings | 60.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.04 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | FC Thru Judgment | 948.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 948.75 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | FC Thru Judgment | 1,721.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,721.25 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | FC Thru Title Searches | 537.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 537.50 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | Property Valuation | 85.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | Statutory Mailings | 42.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42.29 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | Title Report Fee | 228.24 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 228.24 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | Title Report Fee | 282.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 282.00 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | Property Inspection fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | Property Inspection fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | Property Inspection fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | Property Inspection fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | Property Inspection fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 05/01/2019 | | | Property Inspection fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |

Page 8 of 8

Payment Reconciliation History

OCHEN
MSX=PRRC

--Run Date/Time--
05/07/2019  06:49

LOAN#: ███████        INVESTOR#: ████   POOL#: ████
BORR1: David W Wagner
BORR2:
PROP: 55 Downing St
East Greenwich RI 02818-2223

MAIL: 1200 Reservoir Ave
Cranston RI 02920

DATE PAYMENT DUE: 10/01/2016     INTEREST RATE: 4.28485

PRINCIPAL BAL: 0.00
ESCROW BAL: 0.00

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 05/01/2019 | | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection Fee | 13.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection Fee | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection Fee | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection Fee | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection Fee | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Inspection | 14.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Valuation | 85.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Property Valuation | 85.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Sale Publication | 1,096.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,096.43 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Sale Publication | 548.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 548.21 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Selling Officer/Sheriff Cancel | 659.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 659.00 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Selling Officer/Sheriff Cancel | 857.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 857.00 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Motion for Relief | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Motion for Relief Filing costs | 181.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 181.00 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Title Report | 282.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 282.00 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Skip Trace/Search | 5.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.46 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Skip Trace/Search | 5.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.30 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Skip Trace/Search | 5.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.30 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Sale Publication | 564.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 564.21 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Shared Appreciation Waiver | 60,640.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | | 05/01/2019 | | Late charge waived | 2,540.70 | 0.00 | 0.00 | 0.00 | 0.00 | 2,540.70 | 0.00 | 0.00 | 630,474.25 | -54,869.62 | 0.00 |
| | 10/01/2016 | 05/01/2019 | | Payoff - Transfer Servicing | 685,343.87 | 630,474.25 | 0.00 | 54,869.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | Ending Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

OCWEN
MSK-SHST

**Detail Transaction History**

Page 1 of 4

--Run Date/Time--
05/07/2019  06:49

LOAN#: ▮  
BORR1: David W Wagner  
BORR2:  
PROP#: 55 Downing St  
East Greenwich RI 02818-2223  

INVESTOR#: ▮   POOL#: ▮

MAIL: 1200 Reservoir Ave  
Cranston RI 02920  

NEXT DUE DT:10/01/2016    INTEREST RATE: 4.28485

PRIN BAL: .00  
ESC BAL: .00

Columns 7–8 are **AFTER TRANS. BALANCES** (PRINCIPAL / ESCROW); columns 10–14 are **APPLIED** (PRINCIPAL / INTEREST / ESCROW / SUSPENSE / OTHER).

| EFFDATE | TIME | RV | TRN DESCRIPTION | NXT DUE/REF | REVERSED | PRINCIPAL | ESCROW | TOTAL AMTOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/04/2013 | 23:59:01 | | NLD Loan Disbursement | NL NewLoan Setup Balances | | 699,909.93 | .00 | 700,058.48- | 699,909.93- | .00 | .00 | 0.00 | 148.55- |
| 02/04/2013 | 23:59:04 | | ESA Escrow Balance Adjus | NL NewLoan Setup Balances | | 699,909.93 | 1,075.14- | 1,075.14- | .00 | .00 | 1,075.14- | 0.00 | 0.00 |
| 04/02/2013 | 23:59:01 | | RMR Regular Multiple/Resi | 01/01/2013 | | 699,471.72 | 213.32 | 5,780.32 | 438.21 | 4,053.65 | 1,288.46 | 0.00 | 0.00 |
| 04/02/2013 | 23:59:04 | | RMR Regular Multiple/Resi | 02/01/2013 | | 699,030.97 | 1,501.78 | 5,780.32 | 440.75 | 4,051.11 | 1,288.46 | 0.00 | 0.00 |
| 04/02/2013 | 23:59:07 | | RMR Regular Multiple/Resi | 03/01/2013 | | 698,587.66 | 2,790.24 | 5,780.32 | 443.31 | 4,048.55 | 1,288.46 | 0.00 | 0.00 |
| 04/02/2013 | 23:59:10 | | RMR Regular Multiple/Resi | 04/01/2013 | | 698,141.79 | 4,078.70 | 5,780.32 | 445.87 | 4,045.99 | 1,288.46 | 0.00 | 0.00 |
| 04/02/2013 | 23:59:13 | | RMR Regular Multiple/Resi | 05/01/2013 | | 697,693.33 | 5,367.16 | 5,780.32 | 448.46 | 4,043.40 | 1,288.46 | 0.00 | 0.00 |
| 05/10/2013 | 20:07:12 | | ESP Escrow Payment | | | 697,693.33 | 5,367.84 | .68 | .00 | .00 | .68 | 0.00 | 0.00 |
| 05/28/2013 | 08:22:00 | | ETD Tax Escrow Disbursem | 33 | | 697,693.33 | 2,239.24 | 3,128.60- | .00 | .00 | 3,128.60- | 0.00 | 0.00 |
| 07/05/2013 | 09:35:54 | | EMD Miscellaneous Escrow | ME Misc Escrow Disbursement | | 697,693.33 | 1,996.27 | 242.97- | .00 | .00 | 242.97- | 0.00 | 0.00 |
| 08/26/2013 | 08:56:00 | | ETD Tax Escrow Disbursem | 33 | | 697,693.33 | 1,225.21- | 3,221.48- | .00 | .00 | 3,221.48- | 0.00 | 0.00 |
| 09/06/2013 | 13:36:17 | | ETD Insurance Escrow Dis | 50 Hazard Insurance | | 697,693.33 | 5,548.21- | 4,323.00- | .00 | .00 | 4,323.00- | 0.00 | 0.00 |
| 09/09/2013 | 18:24:41 | | AFB Forbearance Payment | | | 697,693.33 | 5,548.21- | 4,789.83 | .00 | .00 | .00 | 4,789.83 | 0.00 |
| 11/22/2013 | 10:08:30 | | ETD Tax Escrow Disbursem | 33 | | 697,693.33 | 8,769.66- | 3,221.45- | .00 | .00 | 3,221.45- | 0.00 | 0.00 |
| 12/06/2013 | 13:02:41 | | PAF Forbearance Suspense | | | 697,693.33 | 8,769.66- | 4,789.83- | .00 | .00 | .00 | 4,789.83- | 0.00 |
| 12/06/2013 | 13:06:27 | | PAA Suspense Balance Adj | | | 697,693.33 | 8,769.66- | 4,789.83 | .00 | .00 | .00 | 0.00 | 4,789.83 |
| 12/12/2013 | 23:59:01 | | ESN Escrow Interest Post | | | 697,693.33 | 8,768.98- | .68 | .00 | .00 | .68 | 0.00 | 0.00 |
| 12/12/2013 | 23:59:04 | | ESA Escrow Balance Adjus | | | 697,693.33 | 8,769.66- | .68- | .00 | .00 | .68- | 0.00 | 0.00 |
| 12/30/2013 | 21:34:19 | | AFB Forbearance Payment | | | 697,693.33 | 8,769.66- | 4,241.59 | .00 | .00 | .00 | 4,241.59 | 0.00 |
| 12/30/2013 | 21:34:22 | | PAS Altplan Suspense Adj | | | 697,693.33 | 8,769.66- | .00 | .00 | .00 | .00 | 4,241.59- | 4,241.59 |
| 12/31/2013 | 22:35:17 | | RSP Regular/Partial Post | 06/01/2013 | | 697,242.28 | 8,767.98- | .67 | 451.05 | 4,040.81 | 1,282.01 | 4,241.59- | 5,773.87- |
| 01/13/2014 | 02:17:06 | | PAA Suspense Balance Adj | | | 697,242.28 | 7,486.98- | .00 | .00 | .00 | .00 | 0.00 | 5,773.87 |
| 01/13/2014 | 14:08:56 | | PAA Suspense Balance Adj | | | 697,242.28 | 7,486.98- | 3,257.55- | .00 | .00 | .00 | 0.00 | 3,257.55- |
| 01/13/2014 | 14:08:59 | | ESA Escrow Balance Adjus | | | 697,242.28 | 4,229.43- | 3,257.55 | .00 | .00 | 3,257.55 | 0.00 | 0.00 |
| 01/13/2014 | 14:09:02 | | EKW Expense Waive | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 148.55 | .00 | .00 | .00 | 0.00 | 148.55 |
| 01/13/2014 | 14:09:05 | | EKW Expense Waive | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 10.50 | .00 | .00 | .00 | 0.00 | 10.50 |
| 01/13/2014 | 14:09:08 | | EKW Expense Waive | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 13.06 | .00 | .00 | .00 | 0.00 | 13.06 |
| 01/13/2014 | 14:09:11 | | EKW Expense Waive | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 10.50 | .00 | .00 | .00 | 0.00 | 10.50 |
| 01/13/2014 | 14:09:14 | | EKW Expense Waive | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 108.00 | .00 | .00 | .00 | 0.00 | 108.00 |
| 01/13/2014 | 14:09:17 | | EKW Expense Waive | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 10.50 | .00 | .00 | .00 | 0.00 | 10.50 |
| 01/13/2014 | 14:09:20 | | EKW Expense Waive | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 10.50 | .00 | .00 | .00 | 0.00 | 10.50 |
| 01/13/2014 | 14:09:23 | | EKW Expense Waive | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 10.50 | .00 | .00 | .00 | 0.00 | 10.50 |
| 01/13/2014 | 14:09:26 | | EKW Expense Waive | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 10.50 | .00 | .00 | .00 | 0.00 | 10.50 |
| 01/13/2014 | 14:09:29 | | EKW Expense Waive | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 10.50 | .00 | .00 | .00 | 0.00 | 10.50 |
| 01/13/2014 | 14:09:32 | | EKW Expense Waive | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 10.50 | .00 | .00 | .00 | 0.00 | 10.50 |
| 01/13/2014 | 14:09:35 | | EKW Expense Waive | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 10.50 | .00 | .00 | .00 | 0.00 | 10.50 |
| 01/13/2014 | 14:09:38 | | LCW Late Charge Waive | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 4.50 | .00 | .00 | .00 | 0.00 | 4.50 |
| 01/13/2014 | 14:09:41 | | RMS Regular Multiple/Spr | MD Loan Modification Bal Adj | | 697,242.28 | 4,229.43- | 3,503.63 | .00 | .00 | .00 | 0.00 | 3,503.63 |
| 01/13/2014 | 14:09:44 | | RMS Regular Multiple/Spr | MD Loan Modification Bal Adj | | 696,788.61 | 2,947.42 | 5,773.87 | 453.67 | 4,038.19 | 1,282.01 | 0.00 | 0.00 |
| 01/13/2014 | 14:09:47 | | RMS Regular Multiple/Spr | MD Loan Modification Bal Adj | | 696,332.32 | 1,665.41 | 5,773.87 | 456.29 | 4,035.57 | 1,282.01 | 0.00 | 0.00 |
| 01/13/2014 | 14:09:50 | | RMS Regular Multiple/Spr | MD Loan Modification Bal Adj | | 695,873.38 | 383.40 | 5,773.87 | 458.94 | 4,032.92 | 1,282.01 | 0.00 | 0.00 |
| 01/13/2014 | 14:09:53 | | RMS Regular Multiple/Spr | MD Loan Modification Bal Adj | | 695,411.79 | 898.61- | 5,773.87 | 461.59 | 4,030.27 | 1,282.01 | 0.00 | 0.00 |
| 01/13/2014 | 14:09:53 | | RMS Regular Multiple/Spr | MD Loan Modification Bal Adj | | 694,947.52 | 2,180.62- | 5,773.87 | 464.27 | 4,027.59 | 1,282.01 | 0.00 | 0.00 |

Page 2 of 4

OCWEN
MSK-SHST

Detail Transaction History

--Run Date/Time--
05/07/2019  06:49

| | |
|---|---|
| LOAN#: [REDACTED] | INVESTOR#: [REDACTED]   POOL#: [REDACTED] |
| BORR1: David W Wagner | |
| BORR2: | NEXT DUE DT:10/01/2016 |
| PROP#: 55 Downing St | MAIL: 1200 Reservoir Ave |
| East Greenwich RI 02818-2223 | Cranston RI 02920 |

INTEREST RATE: 4.28485          PRIN BAL: .00          ESC BAL: .00

| EFFDATE | TIME | TRN DESCRIPTION | NXT DUE/REF | AFTER TRANS PRINCIPAL | AFTER TRANS ESCROW | TOTAL AMOUNT | APPLIED PRINCIPAL | APPLIED INTEREST | APPLIED ESCROW | SUSPENSE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/2014 | 14:09:56 | RMS Regular Multiple/Spr | MD Loan Modification Bal Adj | 694,480.56 | 3,462.63 | 5,773.87 | 466.96 | 4,024.90 | 1,282.01 | 0.00 | 0.00 |
| 01/13/2014 | 14:09:59 | RMS Regular Multiple/Spr | MD Loan Modification Bal Adj | 694,010.90 | 4,744.64 | 5,773.87 | 469.66 | 4,022.20 | 1,282.01 | 0.00 | 0.00 |
| 01/13/2014 | 14:10:02 | RMS Regular Multiple/Spr | MD Loan Modification Bal Adj | 693,538.52 | 6,026.65 | 5,773.87 | 472.38 | 4,019.48 | 1,282.01 | 0.00 | 0.00 |
| 01/13/2014 | 14:10:05 | ESA Escrow Balance Adjus | MD Loan Modification Bal Adj | 693,538.52 | 1,035.72 | 4,990.93- | .00 | .00 | 4,990.93- | 0.00 | 0.00 |
| 01/13/2014 | 14:10:08 | PRA Principal Balance Ad | MD Loan Modification Bal Adj | 647,734.93 | 1,035.72 | 45,803.59 | 45,803.59 | .00 | .00 | 0.00 | 0.00 |
| 01/13/2014 | 14:10:11 | SAA Shared Waive Adjustm | MD Loan Modification Bal Adj | 647,734.93 | 1,035.72 | 90,960.04- | .00 | .00 | .00 | 0.00 | 90,960.04- |
| 01/29/2014 | 18:12:24 | RSP Regular/Spread | 03/01/2014 | 647,224.80 | 2,454.31 | 4,247.59 | 510.13 | 2,312.87 | 1,418.59 | 0.00 | 6.00 |
| 02/24/2014 | 08:06:18 | ETD Tax Escrow Disbursem 33 | | 647,224.80 | 767.14- | 3,221.45- | .00 | .00 | 3,221.45- | 0.00 | 0.00 |
| 03/10/2014 | 19:32:20 | RSP Regular/Spread | 04/01/2014 | 646,712.85 | 651.45 | 4,252.09 | 511.95 | 2,311.05 | 1,418.59 | 0.00 | 10.50 |
| 04/23/2014 | 17:39:20 | R  Regular Payment | 05/01/2014 | 646,199.07 | 2,070.04 | 4,410.97 | 513.78 | 2,309.22 | 1,418.59 | 0.00 | 169.38 |
| 05/15/2014 | 10:49:51 | SAA Shared Waive Adjustm | | 646,199.07 | 2,070.04 | 95.36 | .00 | .00 | .00 | 0.00 | 95.36 |
| 05/19/2014 | 21:59:34 | R  Regular Payment | 06/01/2014 | 645,683.46 | 3,488.63 | 4,241.59 | 515.61 | 2,307.39 | 1,418.59 | 0.00 | 0.00 |
| 05/21/2014 | 08:27:06 | ETD Tax Escrow Disbursem 33 | | 645,683.46 | 267.18 | 3,221.45- | .00 | .00 | 3,221.45- | 0.00 | 0.00 |
| 07/03/2014 | 20:17:53 | R  Regular Payment | 07/01/2014 | 645,166.01 | 1,685.77 | 4,241.59 | 517.45 | 2,305.55 | 1,418.59 | 0.00 | 0.00 |
| 08/12/2014 | 17:34:09 | R  Regular Payment | 08/01/2014 | 644,646.71 | 3,104.36 | 4,241.59 | 519.30 | 2,303.70 | 1,418.59 | 0.00 | 0.00 |
| 08/27/2014 | 08:37:48 | ETD Tax Escrow Disbursem 33 | | 644,646.71 | 167.74- | 3,272.10- | .00 | .00 | 3,272.10- | 0.00 | 0.00 |
| 09/19/2014 | 17:24:07 | R  Regular Payment | 09/01/2014 | 644,125.56 | 1,250.85 | 4,241.59 | 521.15 | 2,301.85 | 1,418.59 | 0.00 | 0.00 |
| 10/16/2014 | 18:03:34 | R  Regular Payment | 10/01/2014 | 643,602.54 | 2,669.44 | 4,241.59 | 523.02 | 2,299.98 | 1,418.59 | 0.00 | 0.00 |
| 10/09/2014 | 11:40:11 | EID Insurance Escrow Dis | MD Hazard Insurance | 643,602.54 | 2,143.56- | 4,813.00- | .00 | .00 | 4,813.00- | 0.00 | 0.00 |
| 10/21/2014 | 17:49:27 | RSP Regular/Spread | 11/01/2014 | 643,077.66 | 724.97- | 4,254.84 | 524.88 | 2,298.12 | 1,418.59 | 0.00 | 13.25 |
| 12/11/2014 | 21:56:59 | R  Regular Payment | 12/01/2014 | 642,550.90 | 693.62 | 4,241.59 | 526.76 | 2,296.24 | 1,418.59 | 0.00 | 0.00 |
| 12/31/2014 | 00:19:32 | EIN Escrow Interest Post | | 642,550.90 | 694.09 | .47 | .00 | .00 | .47 | 0.00 | 0.00 |
| 01/30/2015 | 17:27:04 | RMS Regular Multiple/Spr | 01/01/2015 | 642,022.26 | 2,132.37 | 4,274.53 | 528.64 | 2,294.36 | 1,438.28 | 0.00 | 13.25 |
| 01/30/2015 | 17:27:07 | RMS Regular Multiple/Spr | 02/01/2015 | 641,491.73 | 3,570.65 | 4,261.28 | 530.53 | 2,292.47 | 1,438.28 | 0.00 | 0.00 |
| 02/24/2015 | 13:33:37 | SAA Shared Waive Adjustm | | 641,491.73 | 3,570.65 | 30,224.65 | .00 | .00 | .00 | 0.00 | 30,224.65 |
| 02/25/2015 | 08:15:00 | ETD Tax Escrow Disbursem 33 | | 641,491.73 | 298.55 | 3,272.10- | .00 | .00 | 3,272.10- | 0.00 | 0.00 |
| 04/18/2015 | 23:59:01 | RMS Regular Multiple/Spr | 03/01/2015 | 640,959.31 | 1,736.83 | 4,294.12 | 532.42 | 2,290.58 | 1,438.28 | 0.00 | 32.84 |
| 04/18/2015 | 23:59:04 | RMS Regular Multiple/Spr | 04/01/2015 | 640,424.99 | 3,175.11 | 4,261.28 | 534.32 | 2,288.68 | 1,438.28 | 0.00 | 0.00 |
| 04/18/2015 | 23:59:07 | RMS Regular Multiple/Spr | 05/01/2015 | 639,888.76 | 4,613.39 | 4,261.28 | 536.23 | 2,286.77 | 1,438.28 | 0.00 | 0.00 |
| 05/19/2015 | 17:39:39 | RSP Regular/Spread | 06/01/2015 | 639,350.62 | 6,051.67 | 4,374.53 | 538.14 | 2,284.86 | 1,438.28 | 0.00 | 113.25 |
| 05/28/2015 | 08:40:30 | ETD Tax Escrow Disbursem 33 | | 639,350.62 | 2,779.57 | 3,272.10- | .00 | .00 | 3,272.10- | 0.00 | 0.00 |
| 07/15/2015 | 17:39:01 | RSP Regular/Spread | 07/01/2015 | 638,810.55 | 4,217.85 | 4,261.28 | 540.07 | 2,282.93 | 1,438.28 | 0.00 | 0.00 |
| 08/24/2015 | 09:07:48 | ETD Tax Escrow Disbursem 33 | | 638,810.55 | 889.61 | 3,328.24- | .00 | .00 | 3,328.24- | 0.00 | 0.00 |
| 08/31/2015 | 12:14:58 | EID Insurance Escrow Dis | MD Hazard Insurance | 638,810.55 | 4,342.39- | 5,232.00- | .00 | .00 | 5,232.00- | 0.00 | 0.00 |
| 09/04/2015 | 17:24:44 | RSP Regular/Spread | 08/01/2015 | 638,268.56 | 2,904.11- | 4,261.28 | 541.99 | 2,281.01 | 1,438.28 | 0.00 | 0.00 |
| 10/05/2015 | 22:45:10 | RSP Regular/Spread | 09/01/2015 | 637,724.63 | 1,465.83- | 4,261.28 | 543.93 | 2,279.07 | 1,438.28 | 0.00 | 0.00 |
| 11/23/2015 | 10:10:47 | ETD Tax Escrow Disbursem 33 | | 637,724.63 | 4,794.05- | 3,328.22- | .00 | .00 | 3,328.22- | 0.00 | 113.25 |
| 11/24/2015 | 18:09:01 | RSP Regular/Spread | 10/01/2015 | 637,178.76 | 3,355.77- | 4,430.66 | 545.87 | 2,277.13 | 1,438.28 | 0.00 | 169.38 |
| 12/31/2015 | 05:35:04 | EIN Escrow Interest Post | | 637,178.76 | 3,355.62- | .15 | .00 | .00 | .15 | 0.00 | 0.00 |
| 01/29/2016 | 16:53:28 | RET Payment Returned | 10/01/2015 | 637,178.76 | 3,355.62- | 13,613.87- | .00 | .00 | .00 | 0.00 | 13,613.87 |
| 02/22/2016 | 09:46:18 | ETD Tax Escrow Disbursem 33 | | 637,178.76 | 6,683.84- | 3,328.22- | .00 | .00 | 3,328.22- | 0.00 | 0.00 |
| 05/16/2016 | 23:59:01 | RMR Regular Multiple/Rei | 11/01/2015 | 636,630.94 | 5,245.56- | 4,261.28 | 547.82 | 2,275.18 | 1,438.28 | 0.00 | 0.00 |

OCWEN
MSK-SHST

Detail Transaction History

--Run Date/Time--
05/07/2019  06:49

LOAN#: ████████
BORR1: David W Wagner
BORR2:
PROP#: 55 Downing St
       East Greenwich RI 02818-2223

INVESTOR#: ████████          POOL#: ████████

NEXT DUE DT:10/01/2016        INTEREST RATE: 4.28485

MAIL: 1200 Reservoir Ave
      Cranston RI 02920

PRIN BAL: .00
ESC BAL: .00

| EFFDATE | TIME | RV | TRN DESCRIPTION | NXT DUE/REF | REVERSED | PRINCIPAL (after) | ESCROW (after) | TOTAL AMOUNT | PRINCIPAL (applied) | INTEREST | ESCROW (applied) | SUSPENSE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/2016 | 23:59:04 | | RMR Regular Multiple/Rei | 12/01/2015 | | 636,081.16 | 7,079.38- | 4,261.28 | 549.78 | 2,273.22 | 1,438.28 | 0.00 | 0.00 |
| 05/16/2016 | 23:59:07 | | RMR Regular Multiple/Rei | 01/01/2016 | | 635,529.42 | 5,411.58- | 4,490.80 | 551.74 | 2,271.26 | 1,667.80 | 0.00 | 0.00 |
| 05/16/2016 | 23:59:10 | | RMR Regular Multiple/Rei | 02/01/2016 | | 634,975.71 | 3,743.78- | 4,490.80 | 553.71 | 2,269.29 | 1,667.80 | 0.00 | 0.00 |
| 05/16/2016 | 23:59:13 | | RMR Regular Multiple/Rei | 03/01/2016 | | 634,420.02 | 2,075.98- | 4,490.80 | 555.69 | 2,267.31 | 1,667.80 | 0.00 | 0.00 |
| 05/16/2016 | 23:59:16 | | RMR Regular Multiple/Rei | 04/01/2016 | | 633,862.35 | 408.18- | 4,490.80 | 557.67 | 2,265.33 | 1,667.80 | 0.00 | 0.00 |
| 05/16/2016 | 23:59:19 | | RMR Regular Multiple/Rei | 05/01/2016 | | 633,302.69 | 1,259.62 | 4,490.80 | 559.66 | 2,263.34 | 1,667.80 | 0.00 | 0.00 |
| 05/16/2016 | 23:59:22 | | RMR Regular Multiple/Rei | 06/01/2016 | | 632,741.03 | 2,927.42 | 4,490.80 | 561.66 | 2,261.34 | 1,667.80 | 0.00 | 0.00 |
| 05/23/2016 | 09:42:36 | | RSP Tax Escrow Disbursem | 33 | | 632,741.03 | 400.80- | 3,328.22 | .00 | .00 | 3,328.22 | 0.00 | 0.00 |
| 08/09/2016 | 17:17:10 | | RSP Regular/Spread | 07/01/2016 | | 632,177.36 | 1,267.00 | 6,286.46 | 563.67 | 2,259.33 | 1,667.80 | 0.00 | 1,795.66 |
| 08/23/2016 | 10:02:02 | | ETD Tax Escrow Disbursem | 33 | | 632,177.36 | 2,401.93- | 3,668.93- | .00 | .00 | 3,668.93- | 0.00 | 0.00 |
| 08/31/2016 | 22:09:00 | ** | RSP Regular/Spread | 08/01/2016 | 09/08/2016 | 631,611.68 | 734.13- | 4,490.80 | 565.68 | 2,257.32 | 1,667.80 | 0.00 | 4,490.80 |
| 09/08/2016 | 15:53:46 | CB | RSP Regular/Spread | 07/01/2016 | | 632,177.36 | 2,401.93- | 4,490.80 | 565.68- | 2,257.32- | 1,667.80- | 0.00 | 0.00 |
| 09/08/2016 | 15:53:49 | | RET Payment Returned | 07/01/2016 | | 632,177.36 | 734.13- | 4,490.80 | .00 | .00 | .00 | 0.00 | 0.00 |
| 09/18/2016 | 23:59:01 | | RSP Regular/Spread | 08/01/2016 | | 631,611.68 | 933.67 | 4,490.80 | 565.68 | 2,257.32 | 1,667.80 | 0.00 | 0.00 |
| 09/20/2016 | 17:31:04 | | RSP Regular/Spread | 09/01/2016 | | 631,043.98 | 5,084.33- | 4,490.80 | 567.70 | 2,255.30 | 1,667.80 | 0.00 | 1,626.28- |
| 09/26/2016 | 12:27:37 | | ETD Insurance Escrow Dis | 50 Hazard Insurance | | 631,043.98 | 3,416.53- | 6,018.00- | .00 | .00 | 6,018.00- | 0.00 | 0.00 |
| 09/30/2016 | 18:48:47 | | RSP Regular/Spread | 10/01/2016 | | 630,474.25 | 7,085.43- | 2,864.52 | 569.73 | 2,233.27 | 61.52 | 0.00 | 0.00 |
| 11/14/2016 | 09:52:54 | | ETD Tax Escrow Disbursem | 33 | | 630,474.25 | 7,085.37- | 3,668.90- | .00 | .00 | 3,668.90- | 0.00 | 0.00 |
| 12/31/2016 | 00:17:43 | | EIN Escrow Interest Post | | | 630,474.25 | 10,754.27- | .06 | .00 | .00 | .06 | 0.00 | 0.00 |
| 02/17/2017 | 10:31:58 | | ETD Tax Escrow Disbursem | 33 | | 630,474.25 | 14,423.17- | 3,668.90- | .00 | .00 | 3,668.90- | 0.00 | 0.00 |
| 04/24/2017 | 10:21:44 | | ETD Tax Escrow Disbursem | 33 | | 630,474.25 | 18,426.11- | 3,603.41- | .00 | .00 | 3,603.41- | 0.00 | 0.00 |
| 04/24/2017 | 10:21:47 | | ETD Tax Escrow Disbursem | 33 | | 630,474.25 | 24,876.61- | 3,603.41- | .00 | .00 | 3,603.41- | 0.00 | 0.00 |
| 08/29/2017 | 13:08:16 | | ETD Insurance Escrow Dis | 50 Hazard Insurance | | 630,474.25 | 24,876.61- | 6,850.00- | .00 | .00 | 6,850.00- | 0.00 | 0.00 |
| 10/24/2017 | 18:51:33 | | LCW Late Charge Waive | | | 630,474.25 | 24,876.61- | 169.38 | .00 | .00 | .00 | 0.00 | 169.38 |
| 11/21/2017 | 10:54:50 | | ETD Tax Escrow Disbursem | 33 | | 630,474.25 | 28,480.02- | 3,603.41- | .00 | .00 | 3,603.41- | 0.00 | 0.00 |
| 01/18/2018 | 14:39:59 | | EBS Bankruptcy Escrow Ad | 99 POC Escrow Shortage Adjustm | | 630,474.25 | 28,480.02- | .00 | .00 | .00 | .00 | 0.00 | 0.00 |
| 02/12/2018 | 10:08:11 | | ETD Tax Escrow Disbursem | 33 | | 630,474.25 | 32,083.43- | 3,603.41- | .00 | .00 | 3,603.41- | 0.00 | 0.00 |
| 03/14/2018 | 15:10:20 | | EBS Bankruptcy Escrow Ad | 99 POC Escrow Shortage Adjustm | | 630,474.25 | 32,083.43- | .00 | .00 | .00 | .00 | 0.00 | 0.00 |
| 05/18/2018 | 10:28:33 | | ETD Tax Escrow Disbursem | 33 | | 630,474.25 | 32,083.43- | 3,603.41- | .00 | .00 | 3,603.41- | 0.00 | 0.00 |
| 07/27/2018 | 05:35:00 | | FEW Fee Waive | | | 630,474.25 | 35,686.84- | 5.00 | .00 | .00 | .00 | 0.00 | 5.00 |
| 08/27/2018 | 10:50:25 | | ETD Tax Escrow Disbursem | 33 | | 630,474.25 | 35,686.84- | 3,667.94- | .00 | .00 | 3,667.94- | 0.00 | 0.00 |
| 09/11/2018 | 15:46:54 | | ETD Insurance Escrow Dis | 50 Hazard Insurance | | 630,474.25 | 39,354.78- | 8,179.00- | .00 | .00 | 8,179.00- | 0.00 | 0.00 |
| 11/19/2018 | 10:37:31 | | ETD Tax Escrow Disbursem | 33 | | 630,474.25 | 47,533.78- | 3,667.92- | .00 | .00 | 3,667.92- | 0.00 | 0.00 |
| 11/20/2018 | 22:38:12 | | FEW Fee Waive | | | 630,474.25 | 51,201.70- | 5.00 | .00 | .00 | .00 | 0.00 | 5.00 |
| 02/07/2019 | 10:41:48 | | ETD Tax Escrow Disbursem | 33 | | 630,474.25 | 51,201.70- | 3,667.92- | .00 | .00 | 3,667.92- | 0.00 | 0.00 |
| 05/01/2019 | 08:59:57 | | SAW Shared Appreciation | | | 630,474.25 | 54,869.62- | 60,640.03 | .00 | .00 | .00 | 0.00 | 60,640.03 |
| 05/01/2019 | 09:00:00 | | LCW Late Charge Waive | | | 630,474.25 | 54,869.62- | 2,540.70 | .00 | .00 | .00 | 0.00 | 2,540.70 |
| 05/01/2019 | 09:00:03 | | EXW Expense Waive | F#201 | | 630,474.25 | 54,869.62- | 101.50 | .00 | .00 | .00 | 0.00 | 101.50 |
| 05/01/2019 | 09:00:06 | | EXW Expense Waive | F#31 | | 630,474.25 | 54,869.62- | 232.75 | .00 | .00 | .00 | 0.00 | 232.75 |
| 05/01/2019 | 09:00:09 | | EXW Expense Waive | F#33 | | 630,474.25 | 54,869.62- | 500.24 | .00 | .00 | .00 | 0.00 | 500.24 |
| 05/01/2019 | 09:00:12 | | EXW Expense Waive | F#36 | | 630,474.25 | 54,869.62- | 170.00 | .00 | .00 | .00 | 0.00 | 170.00 |
| 05/01/2019 | 09:00:15 | | EXW Expense Waive | F#40 | | 630,474.25 | 54,869.62- | 517.50 | .00 | .00 | .00 | 0.00 | 517.50 |
| 05/01/2019 | 09:00:18 | | EXW Expense Waive | F#40 | | 630,474.25 | 54,869.62- | 2,670.00 | .00 | .00 | .00 | 0.00 | 2,670.00 |

Page 4 of 4

OCWEN
MSX-SHST

Detail Transaction History

--Run Date/Time--
05/07/2019  06:49

LOAN#:
BORR1: David W Wagner
BORR2:
PROP: 55 Downing St
East Greenwich RI 02818-2223

INVESTOR#: ■

POOL# ■

NEXT DUE DT:10/01/2016

MAIL: 1200 Reservoir Ave
Cranston RI 02920

INTEREST RATE: 4.2848S

PRIN BAL:      .00
ESC BAL:       .00

| EFFDATE | TIME | RV | TRN DESCRIPTION | NXT DUE/REF | REVERSED | PRINCIPAL | ESCROW | AMOUNT | PRINCIPAL | INTEREST | ESCROW | SUSPENSE | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/2019 | 09:00:21 | | Exp Expense Waive | F841 | | 630,474.25 | 54,869.62- | 118.11 | .00 | .00 | .00 | 0.00 | 118.11 |
| 05/01/2019 | 09:00:24 | | Exp Expense Waive | F841 | | 630,474.25 | 54,869.62- | 16.06 | .00 | .00 | .00 | 0.00 | 16.06 |
| 05/01/2019 | 09:00:27 | | Exp Expense Waive | F841 | | 630,474.25 | 54,869.62- | 3,337.28 | .00 | .00 | .00 | 0.00 | 3,337.28 |
| 05/01/2019 | 09:00:30 | | Exp Expense Waive | F841 | | 630,474.25 | 54,869.62- | 1,516.00 | .00 | .00 | .00 | 0.00 | 1,516.00 |
| 05/01/2019 | 09:00:33 | | Exp Expense Waive | F842 | | 630,474.25 | 54,869.62- | 750.00 | .00 | .00 | .00 | 0.00 | 750.00 |
| 05/01/2019 | 09:00:36 | | Exp Expense Waive | F843 | | 630,474.25 | 54,869.62- | 181.00 | .00 | .00 | .00 | 0.00 | 181.00 |
| 05/01/2019 | 09:00:39 | | Exp Expense Waive | F898 | | 630,474.25 | 54,869.62- | 282.00 | .00 | .00 | .00 | 0.00 | 282.00 |
| 05/01/2019 | 09:00:42 | | Pyt Payoff - Transfer Se | | | 0.00 | .00 | 685,343.87 | 630,474.25 | .00 | 54,869.62 | 0.00 | 0.00 |

DATE  08/28/2019

PHH MORTGAGE SERVICES
1 MORTGAGE WAY
MT LAUREL, NJ 08054

MORT NAME:  DAVID WAGNER
STREET:  55 DOWNING ST
CITY STATE ZIP:  EAST GREENWICH, RI, 02818

LOAN NUMBER

## CUSTOMER ACCOUNT ACTIVITY STATEMENT

ACTIVITY FOR PERIOD 01/01/2019 - 08/28/2019

| Transaction Date | Transaction Code | Due Date | Fees Assessed | Fees Paid | Suspense Amount | Principal Amount | Interest Amount | Escrow Amount | Advance Amount | Total Amount | Principal Balance | Escrow Balance | Advance Balance | Suspense Balance | # | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2019 | 132 | | 2540.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2540.70 | 691114.28 | -54869.62 | 0.00 | 0.00 | | Fee |
| 05/03/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -54869.62 | 14.50 | 0.00 | 1 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 691114.28 | -54869.62 | 27.75 | 0.00 | 2 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 691114.28 | -54869.62 | 41.00 | 0.00 | 3 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 691114.28 | -54869.62 | 54.25 | 0.00 | 4 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -54869.62 | 68.75 | 0.00 | 5 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -54869.62 | 83.25 | 0.00 | 6 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -54869.62 | 97.75 | 0.00 | 7 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -54869.62 | 112.25 | 0.00 | 8 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -54869.62 | 126.75 | 0.00 | 9 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -54869.62 | 141.25 | 0.00 | 10 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -54869.62 | 155.75 | 0.00 | 11 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -54869.62 | 170.25 | 0.00 | 12 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -54869.62 | 184.75 | 0.00 | 13 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -54869.62 | 199.25 | 0.00 | 14 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -54869.62 | 213.75 | 0.00 | 15 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -54869.62 | 228.25 | 0.00 | 16 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 691114.28 | -54869.62 | 241.50 | 0.00 | 17 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 691114.28 | -54869.62 | 254.75 | 0.00 | 18 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 691114.28 | -54869.62 | 268.00 | 0.00 | 19 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 691114.28 | -54869.62 | 281.25 | 0.00 | 20 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 691114.28 | -54869.62 | 294.50 | 0.00 | 21 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 691114.28 | -54869.62 | 307.75 | 0.00 | 22 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 691114.28 | -54869.62 | 321.00 | 0.00 | 23 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.25 | 0.00 | 691114.28 | -54869.62 | 334.25 | 0.00 | 24 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1128.43 | 0.00 | 691114.28 | -54869.62 | 1462.68 | 0.00 | 25 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 659.00 | 0.00 | 691114.28 | -54869.62 | 2121.68 | 0.00 | 26 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 564.21 | 0.00 | 691114.28 | -54869.62 | 2685.89 | 0.00 | 27 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.46 | 0.00 | 691114.28 | -54869.62 | 2691.35 | 0.00 | 28 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 60.04 | 0.00 | 691114.28 | -54869.62 | 2751.39 | 0.00 | 29 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1721.25 | 0.00 | 691114.28 | -54869.62 | 4472.64 | 0.00 | 30 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 85.00 | 0.00 | 691114.28 | -54869.62 | 4557.64 | 0.00 | 31 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 282.00 | 0.00 | 691114.28 | -54869.62 | 4839.64 | 0.00 | 32 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1096.43 | 0.00 | 691114.28 | -54869.62 | 5936.07 | 0.00 | 33 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 857.00 | 0.00 | 691114.28 | -54869.62 | 6793.07 | 0.00 | 34 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.30 | 0.00 | 691114.28 | -54869.62 | 6798.37 | 0.00 | 35 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.78 | 0.00 | 691114.28 | -54869.62 | 6814.15 | 0.00 | 36 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 948.75 | 0.00 | 691114.28 | -54869.62 | 7762.90 | 0.00 | 37 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42.29 | 0.00 | 691114.28 | -54869.62 | 7805.19 | 0.00 | 38 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.30 | 0.00 | 691114.28 | -54869.62 | 7810.49 | 0.00 | 39 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 548.21 | 0.00 | 691114.28 | -54869.62 | 8358.70 | 0.00 | 40 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 517.50 | 0.00 | 691114.28 | -54869.62 | 8876.20 | 0.00 | 41 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 282.00 | 0.00 | 691114.28 | -54869.62 | 9158.20 | 0.00 | 42 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 142.00 | 0.00 | 691114.28 | -54869.62 | 9300.20 | 0.00 | 43 | Advance |
| 05/06/2019 | 745 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 161.24 | 0.00 | 691114.28 | -54869.62 | 9461.44 | 0.00 | 44 | Advance |
| 05/23/2019 | 313 | 05/01/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 0.00 | 691114.28 | -54869.62 | 10211.44 | 0.00 | 45 | Advance |
| 05/31/2019 | 633 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 181.00 | 0.00 | 691114.28 | -54869.62 | 10392.44 | 0.00 | 46 | Advance |
| 05/31/2019 | 633 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 691114.28 | -54869.62 | 10392.44 | 0.00 | 1 | Advance |
| 06/10/2019 | 633 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3667.92 | 85.00 | 0.00 | 691114.28 | -58537.54 | 10477.44 | 0.00 | 1 | Escrow |
| 08/15/2019 | 633 | 08/01/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.50 | 0.00 | 691114.28 | -58537.54 | 10491.94 | 0.00 | 1 | Advance |
| 08/23/2019 | 313 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3701.43 | 14.50 | 0.00 | 691114.28 | -62238.97 | 10506.44 | 0.00 | 1 | Escrow |
| 08/28/2019 | 313 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 691114.28 | -62238.97 | 10506.44 | 0.00 | 0 | Escrow |

# EXHIBIT

# 7



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING CONNECTICUT, MAINE, MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

September 13, 2019

David W. Wagner
55 Downing Street
East Greenwich, RI 02818

VIA FIRST CLASS MAIL &
CERTIFIED MAIL

Our File No. 16-024547

9489 0090 0027 6122 2334 69

Dear Sir/Madam:

Please be advised that this office represents PHH Mortgage Corporation as servicer for Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 (Holder) the present holder of your mortgage to Option One Mortgage Corporation, dated May 25, 2006 in the original principal amount of $724,500.00. The Holder has brought to our attention your delinquent mortgage account regarding the property located at 55 Downing Street, East Greenwich, RI 02818. You are hereby notified that the Holder hereby elects to accelerate the entire indebtedness and declares the entire balance due and payable forthwith and without further notice. Our client has advised that as of September 3, 2019, the amount of the debt is $844,069.63. Please note that because interest and other charges continue to accrue pursuant to the terms of the loan documents, the above figure is subject to change. If you would like a payoff statement on your loan, please contact the undersigned.

You are hereby further notified that it is the intention of the Holder to foreclose said Mortgage under the Power of Sale for breach of the conditions of the loan documents.

Please be advised that the amount necessary to reinstate or pay off your loan changes daily. Therefore, if you desire to reinstate or pay off your loan, please contact this office and it will obtain the amount necessary to reinstate or pay off your loan. Please also be advised, however, that the Holder reserves its right, if allowed by the loan documents and applicable law, to refuse to accept a reinstatement and to insist upon full payment of all amounts due.

UNLESS YOU NOTIFY THIS OFFICE WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT AND MAIL YOU A COPY OF SUCH VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THE LAW DOES NOT REQUIRE THIS OFFICE TO WAIT UNTIL THE END OF THE THIRTY (30) DAY PERIOD BEFORE PROCEEDING WITH LEGAL ACTION TO COLLECT THIS DEBT.

IF HOWEVER, YOU REQUEST IN WRITING PROOF OF THE DEBT OR ANY PORTION THEREOF OR IF YOU REQUEST THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR WITHIN THE THIRTY (30) DAYS FROM THE DATE YOU RECEIVE THIS LETTER, THE FAIR DEBT COLLECTION PRACTICES ACT REQUIRES US TO SUSPEND OUR EFFORTS TO FORECLOSE THE MORTGAGE ON YOUR PROPERTY, EVEN IF WE HAVE ALREADY INITIATED FORECLOSURE PROCEEDINGS, UNTIL WE MAIL YOU THE REQUESTED INFORMATION.

PLEASE BE ADVISED THAT THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**If you (1) did not execute the Promissory Note relating to this mortgage; (2) are in bankruptcy; or (3) have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.**

Sincerely,

Catherine V. Eastwood
CE/ks

900 Chelmsford Street, Suite 3102, Lowell, Massachusetts 01851 Phone: 978-256-1500 / Fax: 978-256-7615
Hours of Operation: 8:30am – 5:30pm, EST Monday thru Friday



# KORDE & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

SERVING CONNECTICUT, MAINE, MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

September 13, 2019

David W. Wagner
55 Downing Street
East Greenwich, RI 02818

VIA FIRST CLASS MAIL &
CERTIFIED MAIL

Our File No. 16-024547

9489 0090 0027 6122 2334 69

Dear Sir/Madam:

Please be advised that this office represents PHH Mortgage Corporation as servicer for Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 (Holder) the present holder of your mortgage to Option One Mortgage Corporation, dated May 25, 2006 in the original principal amount of $724,500.00. The Holder has brought to our attention your delinquent mortgage account regarding the property located at 55 Downing Street, East Greenwich, RI 02818. You are hereby notified that the Holder hereby elects to accelerate the entire indebtedness and declares the entire balance due and payable forthwith and without further notice. Our client has advised that as of September 3, 2019, the amount of the debt is $844,069.63. Please note that because interest and other charges continue to accrue pursuant to the terms of the loan documents, the above figure is subject to change. If you would like a payoff statement on your loan, please contact the undersigned.

You are hereby further notified that it is the intention of the Holder to foreclose said Mortgage under the Power of Sale for breach of the conditions of the loan documents.

Please be advised that the amount necessary to reinstate or pay off your loan changes daily. Therefore, if you desire to reinstate or pay off your loan, please contact this office and it will obtain the amount necessary to reinstate or pay off your loan. Please also be advised, however, that the Holder reserves its right, if allowed by the loan documents and applicable law, to refuse to accept a reinstatement and to insist upon full payment of all amounts due.

UNLESS YOU NOTIFY THIS OFFICE WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT AND MAIL YOU A COPY OF SUCH VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THE LAW DOES NOT REQUIRE THIS OFFICE TO WAIT UNTIL THE END OF THE THIRTY (30) DAY PERIOD BEFORE PROCEEDING WITH LEGAL ACTION TO COLLECT THIS DEBT.

IF HOWEVER, YOU REQUEST IN WRITING PROOF OF THE DEBT OR ANY PORTION THEREOF OR IF YOU REQUEST THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR WITHIN THE THIRTY (30) DAYS FROM THE DATE YOU RECEIVE THIS LETTER, THE FAIR DEBT COLLECTION PRACTICES ACT REQUIRES US TO SUSPEND OUR EFFORTS TO FORECLOSE THE MORTGAGE ON YOUR PROPERTY, EVEN IF WE HAVE ALREADY INITIATED FORECLOSURE PROCEEDINGS, UNTIL WE MAIL YOU THE REQUESTED INFORMATION.

PLEASE BE ADVISED THAT THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**If you (1) did not execute the Promissory Note relating to this mortgage; (2) are in bankruptcy; or (3) have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.**

Sincerely,

Catherine V. Eastwood
CE/ks

---

900 Chelmsford Street, Suite 3102, Lowell, Massachusetts 01851 Phone: 978-256-1500 / Fax: 978-256-7615
Hours of Operation: 8:30am – 5:30pm, EST Monday thru Friday



# KORDE & ASSOCIATES, P.C.

## ATTORNEYS AT LAW

SERVING CONNECTICUT, MAINE, MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

September 13, 2019

David W. Wagner
P.O. Box 910
East Greenwich, RI 02818

    Our File No. 16-024547

VIA FIRST CLASS MAIL &
CERTIFIED MAIL

9489 0090 0027 6122 2334 76

Dear Sir/Madam:

Please be advised that this office represents PHH Mortgage Corporation as servicer for Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 (Holder) the present holder of your mortgage to Option One Mortgage Corporation, dated May 25, 2006 in the original principal amount of $724,500.00. The Holder has brought to our attention your delinquent mortgage account regarding the property located at 55 Downing Street, East Greenwich, RI 02818. You are hereby notified that the Holder hereby elects to accelerate the entire indebtedness and declares the entire balance due and payable forthwith and without further notice. Our client has advised that as of September 3, 2019, the amount of the debt is $844,069.63. Please note that because interest and other charges continue to accrue pursuant to the terms of the loan documents, the above figure is subject to change. If you would like a payoff statement on your loan, please contact the undersigned.

You are hereby further notified that it is the intention of the Holder to foreclose said Mortgage under the Power of Sale for breach of the conditions of the loan documents.

Please be advised that the amount necessary to reinstate or pay off your loan changes daily. Therefore, if you desire to reinstate or pay off your loan, please contact this office and it will obtain the amount necessary to reinstate or pay off your loan. Please also be advised, however, that the Holder reserves its right, if allowed by the loan documents and applicable law, to refuse to accept a reinstatement and to insist upon full payment of all amounts due.

UNLESS YOU NOTIFY THIS OFFICE WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT AND MAIL YOU A COPY OF SUCH VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THE LAW DOES NOT REQUIRE THIS OFFICE TO WAIT UNTIL THE END OF THE THIRTY (30) DAY PERIOD BEFORE PROCEEDING WITH LEGAL ACTION TO COLLECT THIS DEBT.

IF HOWEVER, YOU REQUEST IN WRITING PROOF OF THE DEBT OR ANY PORTION THEREOF OR IF YOU REQUEST THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR WITHIN THE THIRTY (30) DAYS FROM THE DATE YOU RECEIVE THIS LETTER, THE FAIR DEBT COLLECTION PRACTICES ACT REQUIRES US TO SUSPEND OUR EFFORTS TO FORECLOSE THE MORTGAGE ON YOUR PROPERTY, EVEN IF WE HAVE ALREADY INITIATED FORECLOSURE PROCEEDINGS, UNTIL WE MAIL YOU THE REQUESTED INFORMATION.

PLEASE BE ADVISED THAT THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**If you (1) did not execute the Promissory Note relating to this mortgage; (2) are in bankruptcy; or (3) have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.**

Sincerely,

Catherine V. Eastwood
CE/ks

---

900 Chelmsford Street, Suite 3102, Lowell, Massachusetts 01851 Phone: 978-256-1500 / Fax: 978-256-7615
Hours of Operation: 8:30am – 5:30pm, EST Monday thru Friday

# KORDE & ASSOCIATES, P.C.

## ATTORNEYS AT LAW

SERVING CONNECTICUT, MAINE, MASSACHUSETTS, NEW HAMPSHIRE, & RHODE ISLAND

September 13, 2019

David W. Wagner
P.O. Box 910
East Greenwich, RI 02818

VIA FIRST CLASS MAIL &
CERTIFIED MAIL

Our File No. 16-024547

9489 0090 0027 6122 2334 76

Dear Sir/Madam:

Please be advised that this office represents PHH Mortgage Corporation as servicer for Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006-OPT5, Asset-Backed Certificates, Series 2006-OPT5 (Holder) the present holder of your mortgage to Option One Mortgage Corporation, dated May 25, 2006 in the original principal amount of $724,500.00. The Holder has brought to our attention your delinquent mortgage account regarding the property located at 55 Downing Street, East Greenwich, RI 02818. You are hereby notified that the Holder hereby elects to accelerate the entire indebtedness and declares the entire balance due and payable forthwith and without further notice. Our client has advised that as of September 3, 2019, the amount of the debt is $844,069.63. Please note that because interest and other charges continue to accrue pursuant to the terms of the loan documents, the above figure is subject to change. If you would like a payoff statement on your loan, please contact the undersigned.

You are hereby further notified that it is the intention of the Holder to foreclose said Mortgage under the Power of Sale for breach of the conditions of the loan documents.

Please be advised that the amount necessary to reinstate or pay off your loan changes daily. Therefore, if you desire to reinstate or pay off your loan, please contact this office and it will obtain the amount necessary to reinstate or pay off your loan. Please also be advised, however, that the Holder reserves its right, if allowed by the loan documents and applicable law, to refuse to accept a reinstatement and to insist upon full payment of all amounts due.

UNLESS YOU NOTIFY THIS OFFICE WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT AND MAIL YOU A COPY OF SUCH VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN THIRTY (30) DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THE LAW DOES NOT REQUIRE THIS OFFICE TO WAIT UNTIL THE END OF THE THIRTY (30) DAY PERIOD BEFORE PROCEEDING WITH LEGAL ACTION TO COLLECT THIS DEBT.

IF HOWEVER, YOU REQUEST IN WRITING PROOF OF THE DEBT OR ANY PORTION THEREOF OR IF YOU REQUEST THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR WITHIN THE THIRTY (30) DAYS FROM THE DATE YOU RECEIVE THIS LETTER, THE FAIR DEBT COLLECTION PRACTICES ACT REQUIRES US TO SUSPEND OUR EFFORTS TO FORECLOSE THE MORTGAGE ON YOUR PROPERTY, EVEN IF WE HAVE ALREADY INITIATED FORECLOSURE PROCEEDINGS, UNTIL WE MAIL YOU THE REQUESTED INFORMATION.

PLEASE BE ADVISED THAT THIS LETTER IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**If you (1) did not execute the Promissory Note relating to this mortgage; (2) are in bankruptcy; or (3) have been discharged in bankruptcy, this letter is for informational purposes only and is not intended as an attempt to collect a debt or an act to collect, assess or recover all or any portion of the debt from you personally.**

Sincerely,

Catherine V. Eastwood
CE/ks